

COPY

United States District Court
Southern District of Texas
FILED

JUL 1 3 2001

Michael N. Milby
Clerk of Court

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR and,<br>JESUS SILVA SALAZAR<br><br>VS.<br><br>BASILIO GOMEZ, SR., CITY OF<br>BROWNSVILLE AND CARLOS ZAMORRANO<br>ARNOLD GALVAN, OSCAR LARA, ADRIAN<br>MASCORRO, AND REY LOPEZ,<br>INDIVIDUALLY AND IN THEIR OFFICIAL<br>CAPACITY AS EMPLOYEES FOR THE<br>CITY OF BROWNSVILLE | §<br>§<br>§<br>§ CIVIL ACTION NO. B-01-~~108~~ /05<br>§ (JURY REQUESTED)<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANTS CITY OF BROWNSVILLE, CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, and REY LOPEZ' MOTION TO STAY DISCOVERY PENDING PRELIMINARY RESOLUTION OF THE ISSUE OF QUALIFIED IMMUNITY AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW DEFENDANTS CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, AND REY LOPEZ, INDIVIDUALLY and file this, their Motion to Stay Discovery Pending Resolution of the issue of qualified immunity and in support thereof would show this Honorable Court as follows:

1.      The Defendants move that all discovery in this case be stayed until the United States District Court resolves whether or not Plaintiffs have stated a claim against the individual Defendants which may, on its face, overcome the defense of qualified immunity. The Defendants CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, AND REY LOPEZ, INDIVIDUALLY have specifically pled the defense of qualified immunity which protects them from both financial liability and the burden of litigation because their conduct does not violate

*allow any discovery unless it finds that plaintiff has supported his claim with sufficient precision and factual specificity to raise a genuine issue as to the illegality of defendant's conduct at the time of the alleged acts.*

Schultea v. Wood 47 F.3d 1427,1434 , (C.A.5 (Tex.) 1995).

4.      Defendants CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, AND REY LOPEZ, INDIVIDUALLY in this case have set forth the defense of qualified immunity. The Defendants have alleged that they have violated no clearly established constitutional right and that Plaintiffs have not stated any claim against Defendants CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, AND REY LOPEZ, INDIVIDUALLY for which the defense of qualified immunity would not apply.

WHEREFORE Defendants CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, AND REY LOPEZ, INDIVIDUALLY respectfully request that all discovery in this case be stayed so long as they are parties to this suit in their individual capacities until the Plaintiffs can either amend their pleadings or provide a response pursuant to FRCP 7(a) which will overcome the defense of qualified immunity. Defendants further pray for such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
Fed ID No. 22968

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, has been served on all counsel of record, via certified mail, return receipt requested, on July 13, 2001.

Mr. Albert Villegas
Law Office of Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520

Mr. Ruben Pena
Law Office of Ruben Pena
222 W. Harrison
Harlingen, Texas 78550

_____
Ryan Henry

## CERTIFICATE OF CONFERENCE

Defendants attempted to contact Plaintiffs counsel regarding this motion but were unsuccessful. Therefore, Defendants assume Plaintiffs are opposed.

_____
Ryan Henry

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR and,<br>JESUS SILVA SALAZAR<br><br>VS.<br><br>BASILIO GOMEZ, SR., CITY OF<br>BROWNSVILLE AND CARLOS ZAMORRANO<br>ARNOLD GALVAN, OSCAR LARA, ADRIAN<br>MASCORRO, AND REY LOPEZ,<br>INDIVIDUALLY AND IN THEIR OFFICIAL<br>CAPACITY AS EMPLOYEES FOR THE<br>CITY OF BROWNSVILLE | §<br>§<br>§<br>§   CIVIL ACTION NO. B-01-108<br>§          (JURY REQUESTED)<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER SETTING HEARING ON DEFENDANTS'
### MOTION TO STAY DISCOVERY

On this _____ day of _____, 2001, came on to be considered Defendants' Motion to Stay Discovery in the above-styled and numbered cause.

IT IS THEREFORE ORDERED that said motion is hereby set for hearing on the _____ day of _____, 2001, at _____ o'clock ___.m.

SIGNED FOR ENTRY this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE PRESIDING

xc:
Ryan Henry, Willette & Guerra, L.L.P., 3503 Boca Chica Blvd, Brownsville, Texas 78521
Albert Villegas, Villegas Law Firm, 1324 East Seventh Street, Brownsville, Texas 78520
Ruben Pena, Attorney at Law, 222 W. Harrison, Harlingen, Texas 78550

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR and, § <br> JESUS SILVA SALAZAR § <br> § <br> VS. § <br> § <br> BASILIO GOMEZ, SR., CITY OF § <br> BROWNSVILLE AND CARLOS ZAMORRANO § <br> ARNOLD GALVAN, OSCAR LARA, ADRIAN § <br> MASCORRO, AND REY LOPEZ, § <br> INDIVIDUALLY AND IN THEIR OFFICIAL § <br> CAPACITY AS EMPLOYEES FOR THE § <br> CITY OF BROWNSVILLE § | CIVIL ACTION NO. B-01-108 <br> (JURY REQUESTED) |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**

On the _____ day of _____, 2001, came on to be considered Defendants' Motion to Stay Discovery. The Court, after reading said motion, is of the opinion that such should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion to Stay Discovery is hereby GRANTED. Discovery is hereby stayed until ordered by this court to proceed.

SIGNED on this the _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE PRESIDING

xc:
Ryan Henry, Willette & Guerra, L.L.P., 3503 Boca Chica Blvd, Brownsville, Texas 78521
Albert Villegas, Villegas Law Firm, 1324 East Seventh Street, Brownsville, Texas 78520
Ruben Pena, Attorney at Law, 222 W. Harrison, Harlingen, Texas 78550