6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSALINDA SALAZAR AND JESUS SILVA SALAZAR | § § § |
| vs. | § C.A. NO. B-01-105 § |
| BASILIO GOMEZ, SR., CITY OF BROWNSVILLE AND CARLOS ZAMORRANO, ARNOLD GALVAN, AND REY LOPEZ, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITY AS EMPLOYEES FOR CITY OF BROWNSVILLE | § § § § § § § § |

## DEFENDANT BASILIO GOMEZ, SR.'S ORIGINAL ANSWER

COMES NOW, BASILIO GOMEZ, SR., Defendant herein, and files this his Original Answer to the Plaintiffs' Original Petition filed herein, and would show unto the Court as follows:

1. This Defendant alleges that Plaintiffs have failed to plead or prove either diversity jurisdiction or subject matter jurisdiction and pursuant to Rule 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure respectfully requests that this case be dismissed.

2. This Defendant alleges that Plaintiffs have failed to state a claim upon which relief can be granted and pursuant to Rule 12(b)(6) Federal Rules of Civil Procedure respectfully requests that this case be dismissed.

3. This Defendant alleges that Plaintiffs have failed to plead the jurisdictional basis upon which Plaintiffs invoke this Court's jurisdiction, and that such case should be dismissed or,

alternatively, that Plaintiffs be ordered to replead the basis of jurisdiction so that Defendant can make an appropriate response.

4. This Defendant admits that he is the owner of a flea market adjacent to Plaintiffs' property, that he has certain easement rights, that such easements have been utilized over the years, that the Gomez Flea Market is open to the public, and that off-duty police officers have been hired from time to time to serve as security guards and traffic control personnel. As to the balance of the factual allegations set out in Paragraph 9 of Plaintiffs' Original Petition, this Defendant denies same.

5. This Defendant denies the allegations set out in Paragraphs 10 through 14 of Plaintiffs' Original Petition and demands strict proof thereof.

6. This Defendant can neither admit nor deny the allegations contained in Paragraph 15 of Plaintiffs' Original Petition, and demands strict proof thereof.

7. This Defendant denies the allegations set out in Paragraphs 16 through 19 of Plaintiffs' Original Petition and demands strict proof thereof.

8. As to the allegations contained in the Second Cause of Action as alleged by Plaintiffs in paragraphs 20 through 22 of Plaintiffs' Original Petition, this Defendant denies each and every, all and singular, the allegations contained therein and demands strict proof thereof. This Defendant specifically denies that the allegations of conspiracy.

9. As to the allegations contained in the Third Cause of Action, as alleged by Plaintiffs in paragraphs 23 through 27 of Plaintiffs' Original Petition, this Defendant denies the allegations of

assault and battery, trespass, false imprisonment, false arrest, slander, invasion of privacy, and all other allegations of liability and damages alleged therein, and demands strict proof thereof.

10. By way of affirmative defense, this Defendant would show that certain of the alleged causes of action raised by Plaintiffs in their Original Petition are precluded by virtue of the applicable statute of limitations. The statute of limitations as to certain of such causes of action has run prior to the filing of Plaintiffs' Original Petition.

WHEREFORE, premises considered, Defendant herein prays that Plaintiffs be denied recovery sought, and for such other and further relief, both at law and in equity, to which he may be justly entitled.

Respectfully submitted,

By: _____
Dennis Sanchez
State Bar No. 17569600
Cameron Co. No. 2204
Federal Bar No. 1594
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendant Basilio Gomez, Sr.'s Original Answer** has been served upon counsel for the Plaintiffs, Mr. Albert Villegas, 1324 East Seventh Street, Brownsville, Texas 78520, and Mr. Ruben Pena, 222 West Harrison Street, Brownsville, Texas 78520, by ☒ certified mail, return receipt requested, and/or by ☐ facsimile, and/or by ☐ hand delivery, on this 17th day of July, 2001.

_____
Dennis Sanchez