```
                                                          United States District Court
                                                           Southern District of Texas
                                                                   FILED
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS                    AUG 0 1 2001
               BROWNSVILLE DIVISION
                                                              Michael N. Milby
                                                               Clerk of Court
```

ROSALINDA SALAZAR AND § 
JESUS SILVA SALAZAR § 
§ CIVIL ACTION NO. B-01-105
VS. § 
§ 
BASILIO GOMEZ, SR § 
CITY OF BROWNSVILLE, TEXAS § 
CARLOS ZAMORRANO, ARNOLD GALVAN § 
OSCAR LARA, ADRIAN MASCORRO, § 
REY LOPEZ, INDIVIDUALLY AND IN THEIR § 
OFFICIAL CAPACITY AS EMPLOYEES § 
FOR THE CITY OF BROWNSVILLE §

**DEFENDANTS CITY OF BROWNSVILLE, CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO AND REY LOPEZ' NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFFS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

NOW COME, Defendants, City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez, and file this their Notice to the Court of their Filing of the Initial Disclosure to Plaintiffs Under Federal Rule of Civil Procedure 26.

Signed on, August 1, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No: 24007347
USDC Adm. No:22968
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on, August 1, 2001 been served via certified mail, return receipt requested to:

Mr. Albert Villegas
Law Office of Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520
*Attorney for Plaintiffs*

Mr. Ruben Pena
Law Office of Ruben Pena
222 W. Harrison
Harlingen, Texas 78550
*Attorney for Plaintiffs*

Mr. Dennis Sanchez
Sanchez, Whittington and Janis
100 N/ Expressway 83
Brownsville, Texas 78521
*Attorney for Basilio Gomez*

_____
Ryan Henry