8

United States District Court
Southern District of Texas
FILED

AUG 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND<br>JESUS SILVA SALAZAR | § §  § | |
| | § | CIVIL ACTION NO. B-01-105 |
| VS. | § § | |
| BASILIO GOMEZ, SR<br>CITY OF BROWNSVILLE, TEXAS<br>CARLOS ZAMORRANO, ARNOLD GALVAN<br>OSCAR LARA, ADRIAN MASCORRO,<br>REY LOPEZ, INDIVIDUALLY AND IN THEIR<br>OFFICIAL CAPACITY AS EMPLOYEES<br>FOR THE CITY OF BROWNSVILLE | § § § § § § § | |

**DEFENDANTS CITY OF BROWNSVILLE, CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO AND REY LOPEZ' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants, City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Jesus Silva Salazar

2. Rosalinda Salazar

3. Basilio Gomez, Sr.

4. City of Brownsville

5. Carlos Zamorrano

6. Arnold Galvan

7. Oscar Lara

8. Adrian Mascorro

9. Rey Lopez

10. Texas Municipal League

11. Texas Municipal League Intergovernmental Risk Management Pool

Signed on August 1, 2001.

                                            Respectfully submitted,

                                            WILLETTE & GUERRA, L.L.P.
                                            International Plaza, Ste. 460
                                            3505 Boca Chica Blvd.
                                            Brownsville, Texas 78521
                                            Telephone: (956) 541-1846
                                            Facsimile: (956) 541-1893

                                            By: _____
                                                 Ryan Henry
                                               State Bar No. 24007347
                                               USDC Adm. No. 22968

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has on, August 1, 2001 been served via certified mail, return receipt requested to:

Mr. Albert Villegas
Law Office of Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520
*Attorney for Plaintiffs*

Mr. Ruben Pena
Law Office of Ruben Pena
222 W. Harrison
Harlingen, Texas 78550
*Attorney for Plaintiffs*

Mr. Dennis Sanchez
Sanchez, Whittington and Janis
100 N/ Expressway 83
Brownsville, Texas 78521
*Attorney for Basilio Gomez*

                                               _____
                                               Ryan Henry