9

United States District Court
Southern District of Texas
FILED

AUG - 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSALINDA SALAZAR AND     *
JESUS SILVA SALAZAR     *
    *
vs     *    C.A. NO. B01 105
    *
BASILIO GOMEZ SR., CITY OF     *
BROWNSVILLE AND CARLOS ZAMORRANO     *
ARNOLD GALVAN, OSCAR LARA, ADRIAN     *
MASCORRO, AND REY LOPEZ INDIVIDUALLY     *
AND IN THEIR OFFICIAL CAPACITY     *
AS EMPLOYEES     *
FOR CITY OF BROWNSVILLE     *

## PLAINTIFFS' CERTIFICATE
## OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

     Comes now Rosa Linda Salazar and Jesus Silva Salazar, Plaintiffs herein and file this their

Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

1.     Plaintiffs
       Rosalinda Salazar
       Jesus Silva Salazar

2.     Plaintiff's Counsel
       Albert Villegas
       1324 East Seventh
       Brownsville Texas 78520

       Ruben Pena
       222 W. Harrison
       Harlingen Texas

3.  Defendants
    Basilio Gomez Sr.,
    City of Brownsville
    Carlos Zamorrano
    Arnold Galvan,
    Oscar Lara,
    Adrian Mascorro
    Rey Lopez

4.  Defendant Gomez Counsel
    Dennis Sanchez
    100 N. Expressway
    Brownsville Texas

    Defendant City , Zamorrano, Galvan, Lara, Mascorro and Lopez Counsel
    Ryan Henry
    Willette & Guerra
    3505 Boca Chica Suite 460
    Brownsville Texas 78520

    Signed on this the _____ day of August , 2001.

                                    Respectfully Submitted,

                                    _____
                                    VILLEGAS LAW FIRM
                                    BY: ALBERT VILLEGAS
                                    1324 EAST SEVENTH STREET
                                    BROWNSVILLE, TEXAS 78520
                                    TELEPHONE: (956) 544-3352
                                    TELECOPIER: (956) 544-7828
                                    STATE BAR NO: 20585450
                                    FEDERAL ID NO 3903
                                    ATTORNEY FOR PLAINTIFF

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the following counsel of record on this the 6th day of August, 2001 via regular mail:

Ryan Henry
Willette & Guerra
3505 Boca Chica Blvd. Suite 460
Brownsville Texas 78521

Dennis Sanchez
100 N. Expressway 83
Brownsville Texas

Ruben Pena
222 W. Harrison
Harlingen, Texas 78550

ALBERT VILLEGAS

# VILLEGAS LAW FIRM

ATTORNEYS AT LAW

1324 EAST SEVENTH STREET ● BROWNSVILLE, TEXAS 78520 ● TELEPHONE 956/544-3352 ● FAX 956/544-7828

August 6, 2001

Butch Barbosa
United States District Court
Brownsville Division
Federal Courthouse
Brownsville Texas 78520

United States District Court
Southern District of Texas
RECEIVED
AUG 0 6 2001
Michael N. Milby, Clerk

RE: Silva Salazar etal. v. City of Brownsville, Basilio Gomez Sr. etal
B 01 105
Pending in the United States District Court

Dear Mr. Barbosa:

Enclosed please find Plaintiffs Certified Disclosure of Interested Parties.

Very truly yours,

Albert Villegas

enc.

CC
Dennis Sanchez
Sanchez Whittington Janis & Zabarte
100 N Expressway
Brownsville Texas 78520

Ryan Henry
Willette & Guerra
3505 Boca Chica Suite 460
Brownsville Texas 78520

R. Pena
222 W Harrison
Harlingen Texas 78550