Case 1:01-cv-00105   Document 10   Filed in TXSD on 08/16/2001   Page 1 of 5



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | * | |
| JESUS SILVA SALAZAR | * | |
| | * | |
| vs | * | C.A. NO. B01 105 |
| | * | |
| BASILIO GOMEZ SR., CITY OF | * | |
| BROWNSVILLE AND CARLOS ZAMORRANO | * | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | * | |
| MASCORRO, AND REY LOPEZ INDIVIDUALLY | * | |
| AND IN THEIR OFFICIAL CAPACITY | * | |
| AS EMPLOYEES | * | |
| FOR CITY OF BROWNSVILLE | * | |

## PLAINTIFFS INITIAL DISCLOSURE TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26 (a)

TO: City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and
   Rey Lopez by and through their attorney of record:
   Ryan Henry
   Willette & Guerra
   3505 Boca Chica Suite 460
   Brownsville Texas 78520

   Basilio Gomez Sr., by and through his attorney of record:
   Dennis Sanchez
   100 N. Expressway 83
   Brownsville Texas 78520

   Now Comes Plaintiffs who file this their initial disclosure pursuant to Rule 26 (a) of the Federal Rules of Civil Procedure and would show the following:

## RULE 26 (a) DISCLOSURES

A. Persons Plaintiffs may use to support its claims.

Jesus Silva Salazar
Rosa Linda Salazar
Plaintiffs have knowledge of claims and factual background and damages

Basilio Gomez Sr.
1005 E. Tyler
Brownsville Texas
Defendant knows of employment relationship with co defendants and past factual relationship with plaintiffs.

Carlos Zamorrano
Arnold Galvan,
Oscar Lara,
Adrian Mascorro
Rey Lopez
C/O Ryan Henry
Willette & Guerra
3505 Boca Chica Suite 460
Brownsville Texas 78520
These codefendants know of past history of Plaintiffs claims against Basilio Gomez Sr. and damages to Plaintiffs, lack of basis for arrest, employment status with codefendants City and Gomez at relevant times

Robert Salinas
Cameron County Sheriffs Department
964 E Harrison
Brownsville Texas

Vernon Hodges
City of Brownsville
Brownsville Texas
Knows of problems with Defendant Gomez and flea market

Carlos Rubenstein
C/O Ernesto Gamez
777 E Harrison
Brownsville Texas
knows of defendant City's ratification of off duty officers working for Defendant Gomez

Randy Dunn
City of Brownsville
Police Department
Brownsville Texas
Knows of Plaintiffs complaints to City about Gomez and traffic conditions

Dan Bennett
City of Brownsville
Police Department
Brownsville Texas
Knows and was present during illegal arrest of Plaintiff Rosalinda Salazar and assault of Jesus Silva Salazar

Ben Reyna
City of Brownsville
Brownsville Texas
knows of policy and procedures allowing off duty officers to work for Defendant Gomez

Fred Perez MD
800 Jefferson
Brownsville Texas 78520
treated plaintiffs for injuries from assault

Raul Garza MD
San Benito Texas
treated plaintiffs for injuries from assault

Albert Silva Salazar
c/o Albert Villegas
1324 East Seventh
Brownsville Texas
was present during arrest and assault on Plaintiffs

Patricia Alexander
City of Brownsville
Brownsville Texas
knows of Plaintiffs complaints to City about Defendant Gomez

John Shurgold
City Attorney
Brownsville, Texas
knows of dismissal of criminal charges against defendant Gomez and treatment afforded Gomez

B    Documents
   1. Police investigation reports
   2. Court records of Municipal Court for Gomez citations
   3. Medical Records of Plaintiffs
   4. Trial and deposition testimony of Defendants
   5. Court records for criminal charges of Plaintiffs
   6. Videotapes and photographs of area and scene

C.    Computation of damages [subject to supplementation and amendment]

   Personal injuries:    $500,000.00
   loss of income        $500,000.00
   punitive damages    $5,000,000.00

D.    Insurance Agreement

   Not applicable.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the _____ day of _____, 2001 via regular mail.

_____
ALBERT VILLEGAS