

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-105 |
| | § | |
| BASILIO GOMEZ, SR., | § | |
| CITY OF BROWNSVILLE, TEXAS, | § | |
| CARLOS ZAMORRANO, ARNOLD GALVAN, | § | |
| OSCAR LARA, ADRIAN MASCORRO, | § | |
| REY LOPEZ, INDIVIDUALLY AND IN THEIR | § | |
| OFFICIAL CAPACITY AS EMPLOYEES FOR | § | |
| THE CITY OF BROWNSVILLE | § | |

### DEFENDANT BASILIO GOMEZ, SR.'S NOTICE TO THE COURT OF HIS FILING OF HIS INITIAL DISCLOSURE TO PLAINTIFFS UNDER RULE 26

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendant Basilio Gomez, Sr. and files this Notice to the Court of his compliance with Federal Rule of Civil Procedure 26 in making his initial disclosures to Plaintiffs.

SIGNED on the 13th day of September, 2001.

        Respectfully submitted,

By: *Dennis Sanchez* (signature)
    Dennis Sanchez
    State Bar No. 17569600
    Cameron Co. No. 2204
    Federal Bar No. 1594

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.