

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**SEP 1 3 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-105 |
| | § | |
| BASILIO GOMEZ, SR., | § | |
| CITY OF BROWNSVILLE, TEXAS, | § | |
| CARLOS ZAMORRANO, ARNOLD GALVAN, | § | |
| OSCAR LARA, ADRIAN MASCORRO, | § | |
| REY LOPEZ, INDIVIDUALLY AND IN THEIR | § | |
| OFFICIAL CAPACITY AS EMPLOYEES FOR | § | |
| THE CITY OF BROWNSVILLE | § | |

### DEFENDANT BASILIO GOMEZ, SR'S CERTIFIED DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Basilio Gomez, Sr.'s counsel and attorney at law certifies that the only entities known to Defendant with a financial interest in the outcome of this litigation are:

1. Rosalinda Salazar

2. Jesus Silva Salazar

3. City of Brownsville

4. Carlos Zamorrano

5. Arnold Galvan

6. Oscar Lara

7. Adrian Mascorro

8. Rey Lopez

---

CMPDF - www.fenbo.com

9.  Basilio Gomez, Sr.

SIGNED on the *13* day of September, 2001.

                              Respectfully submitted,


                              By: _Denn Sanch_
                                  Dennis Sanchez
                                  State Bar No. 17569600
                                  Cameron Co. No. 2204
                                  Federal Bar No. 1594
                              SANCHEZ, WHITTINGTON, JANIS
                              & ZABARTE, L.L.P.
                              100 North Expressway 83
                              Brownsville, Texas 78521-2284
                              (956) 546-3731 - Telephone
                              (956) 546-3765 or 3766 - Fax

                              ATTORNEYS FOR DEFENDANT,
                              BASILIO GOMEZ, SR.