IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR AND § | |
| JESUS SILVA SALAZAR § | |
| § | |
| vs § | C.A. NO. B01 105 |
| § | |
| BASILIO GOMEZ SR., CITY OF § | |
| BROWNSVILLE AND CARLOS ZAMORRANO § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN § | |
| MASCORRO, AND REY LOPEZ INDIVIDUALLY § | |
| AND IN THEIR OFFICIAL CAPACITY § | |
| AS EMPLOYEES § | |
| FOR CITY OF BROWNSVILLE § | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT
AND PERFORM LIMITED DISCOVERY**

Comes now ROSALINDA SALAZAR AND JESUS SILVA SALAZAR, Plaintiffs herein, and makes and files this their Unopposed Motion for Leave to File First Amended Complaint and Motion to Perform Limited Discovery and would show the Court the following:

I

1. Plaintiff has sued defendants in various capacities and under various causes of action, including 42 USC § 1983 claims and state law claims.

2. Defendants, City of Brownsvlle, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez, individually and in their official capacity filed their motion to Dismiss, Motion for Rule 7(a) Reply and Motion to Stay Discovery.

3. Because of the number of parties involved and legal theories advanced, Plaintiff requests that he be allowed to amend his Original Complaint for further clarification.

4. The individual Defendants herein allege qualified immunity as a defense to allegations against them. Plaintiff would request that he be allowed to perform limited discovery as to the qualified immunity defenses prior to any adjudication as Plaintiff has alleged facts which put in controversy the individual Defendant's (1) lack of good faith and (2) violation of established statutory or constitutional rights. Lion Boulous v. Wilson, 834 F.

2d 504 (5th Cir. 1987).

5. The opposing parties will not be prejudiced by providing Plaintiff the opportunity to amend his Complaint .

6. Plaintiffs' Motion for leave to Amend should be granted rather than dismiss the claims if the Amended Complaint shows it might state a claim. <u>Jacquez v. Procunier</u>. 801 F. 2d 789 (5th Cir. 1986.

## II

This is to certify that I have conferred with Defense Counsel who are unopposed to the Motion for Leave to Amend Complaint and Motion to Perform Limited Discovery.

Wherefore Plaintiff prays that the Court grant this Motion for Leave to File Amended Complaint and Motion to Perform Limited Discovery and for such other and further relief at law or in equity to which he may show himself entitled to.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 13th day of November, 2001 via regular mail and fax.

_____
ALBERT VILLEGAS