18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| vs | § | C.A. NO. B01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ INDIVIDUALLY | § | |
| AND IN THEIR OFFICIAL CAPACITY | § | |
| AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RULE 7(a) RESPONSE**

Comes now ROSALINDA SALAZAR AND JESUS SILVA SALAZAR, Plaintiffs herein, and files this their Unopposed Motion For Extension of Time to File Rule 7(a) Reply and would show the Court the following:

I

Plaintiff has sued defendants in various capacities and under various causes of action, including 42 USC § 1983 claims and state law claims. The City and its employees who are codefendants have filed motions to dismiss based on qualified immunity. On the 15th of November, 2001, The Plaintiff received the Court's Order to file its 7(a) reply within 15 days. Plaintiffs request the Court grant an additional thirty days in which to file this response for the following reasons.

II

Counsel for Plaintiffs is presently set for trial in Willacy County District Court for the 10th of December, 2001. Cause number 98 265 styled Noe Loya and Bibiana McGee v. Barbee Neuhaus Implement and Deere and Company has a Pre Trial Conference set for the 7th of December, 2001. On or about the 31 days before December 10, 2001, the defendants supplemented their discovery responses with over 1000 documents and two new experts. This

case was filed before the new rules came into effect which allowed all parties to supplement discovery up to thirty days before trial. The experts' depositions have been set and quashed and reset due to conflicts in the parties and experts schedules. The documents produced are voluminous and consist of operating manuals, photographs, advertising materials and the like which have taken substantial time to review and reproduce for review by Plaintiff's expert. Counsel also had two other civil cases set for the 26th of November, 2001 in the 357th District Court, Perez v. Walmart and Gonzales v. In and Out Transfer Inc., where discovery was ongoing through the middle of November, 2001 in preparation of trial. Finally Counsel had one felony case with five separate charges of indecency with a child and aggravated assault on a minor which was also to be heard on the 26th of November 2001 in the 404th District Court. The State sought a continuance on or about the 16th of November, 2001, to which Counsel agreed to. The purpose of the foregoing information is to show the Court that it is not due to lack of diligence in not being able to file the response but due to numerous conflicts. Plaintiffs have been diligent in this case to the point of prematurely filing discovery requests to the defendants prior to the initial conference before this Court and desperately seek a quick court setting and resolution of this case.

Wherefore Plaintiffs pray that the Court grant this Unopposed Motion for Extension of Time to file Rule 7(a) Reply for thirty days and for such other and further relief at law or in equity to which he may show himself entitled to.

Respectfully Submitted,

VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY IN CHARGE FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 28th day of November, 2001 via regular mail and fax.

_____
ALBERT VILLEGAS