IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 5 2001

Michael N. Milby, Clerk of C...
By Deputy Clerk

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| vs | § | C.A. NO. B01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ INDIVIDUALLY | § | |
| AND IN THEIR OFFICIAL CAPACITY | § | |
| AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

## ORDER

On this day, came on to be considered Plaintiffs' First Amended Unopposed Motion for Extension of Time to File Rule 7(a) Reply and the Court after considering same, noting it is unopposed, is of the opinion this Motion should be granted as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' First Amended Motion for Extension of Time to File Rule 7(a) Reply is __Granted__ and further Orders the Plaintiffs to replead in conformity with the Order of November 15, 2001 ~~within ___ days of this Order.~~ by December 7th at 3 pm.

Signed this __4__ day of __December__, 2001.

_____
JUDGE PRESIDING