22

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

United States District Court
Southern District of Texas
ENTERED

DEC 17 2001

Michael N. Milby, Clerk of C—
By Deputy Clerk

| | | |
|---|---|---|
| ROSALINDA SALAZAR, et al | § § § | |
| versus | § § § § | CIVIL ACTION NO: B: 01-105 |
| BASILIO GOMEZ, et al | | |

## Order Setting Conference

The initial pre-trial conference has been set for:

**January 22, 2002 at 2:00 p.m.**

Signed on _December 14_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge