24

United States District Court
Southern District of Texas
FILED

DEC 2 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| vs | § | C.A. NO. B01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ INDIVIDUALLY | § | |
| AND IN THEIR OFFICIAL CAPACITY | § | |
| AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Comes now ROSALINDA SALAZAR AND JESUS SILVA SALAZAR, Plaintiffs herein, and makes and files this their Unopposed Motion for Leave to File First Amended Complaint and and would show the Court the following:

I

1. Plaintiff has sued defendants in various capacities and under various causes of action, including 42 USC § 1983 claims and state law claims.

2. On or about the 15th day of November, 2001, the Honorable Judge Tagle ordered the Plaintiffs to replead in conformity with the Court's order.

II

This is to certify that I have conferred with Defense Counsel who are unopposed to the Motion for Leave to File Amended Complaint.

Wherefore Plaintiff prays that the Court grant this Motion for Leave to File Amended Complaint and for such other and further relief at law or in equity to which he may show himself entitled to.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that I previously conferred with counsel for both defendants on the 27th day of November, 2001, who stated they had no objection to the Court granting Plaintiffs Motion for Leave to File First Amended Complaint.

_____
Albert Villegas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR AND § <br> JESUS SILVA SALAZAR § <br> § <br> vs § <br> § <br> BASILIO GOMEZ SR., CITY OF § <br> BROWNSVILLE AND CARLOS ZAMORRANO § <br> ARNOLD GALVAN, OSCAR LARA, ADRIAN § <br> MASCORRO, AND REY LOPEZ INDIVIDUALLY § <br> AND IN THEIR OFFICIAL CAPACITY § <br> AS EMPLOYEES § <br> FOR CITY OF BROWNSVILLE § | C.A. NO. B01 105 |

## ORDER

On this day, came on to be considered Plaintiffs' Motion for Leave to File Amended Complaint and the Court after considering same, is of the opinion this Motion should be granted as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to File Amended Complaint is :

GRANTED_____

DENIED  _____

Signed this _____ day of _____, 2001.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 27th day of December, 2001 via regular mail and fax.

_____
ALBERT VILLEGAS