27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | CIVIL ACTION NO. B-01-105 |
| VS. | § | |
| | § | |
| BASILIO GOMEZ, SR. | § | |
| CITY OF BROWNSVILLE, TEXAS | § | |
| CARLOS ZAMORRANO, ARNOLD GALVAN | § | |
| OSCAR LARA, ADRIAN MASCORRO, | § | |
| REY LOPEZ, INDIVIDUALLY AND IN THEIR | § | |
| OFFICIAL CAPACITY AS EMPLOYEES | § | |
| FOR THE CITY OF BROWNSVILLE | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COME Plaintiffs and Defendants and file this their Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991.

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    **The initial meeting was held on October 18, 2001, between Alberto Villegas, attorney for the Plaintiff, Dennis Sanchez, attorney for Defendant Basilio Gomez and Ryan Henry, attorney for Defendants, City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez.**

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

**None.**

3. Briefly describe what this case is about.

   **Plaintiffs allege the Defendants used excessive force when arresting Plaintiffs. Plaintiffs allege that the individual Defendants were either acting under the scope of their employment with Defendant Gomez or Defendant City of Brownsville. Plaintiffs sue under 42 U.S.C. § 1983 for violations of the Fourth, Sixth, and Fourteenth Amendments to the United States Constitution. Additionally, Plaintiffs bring several state law causes of action.**

4. Specify the allegation of federal jurisdiction.

   **Plaintiffs are bringing this suit under 42 U.S.C. § 1983 for the alleged violation of the Plaintiff's Fourth, Sixth, and Fourteenth Amendment rights. Jurisdiction is proper pursuant to 28 U.S.C. § 1331.**

5. Name the parties who disagree and the reasons.

   **At this time there are no disagreements other than liability and damages.**

6. List anticipated additional parties that should be included, when they can be added, and by who they are wanted.

   **None are anticipated at this time.**

7. List anticipated interventions.

   **None are anticipated at this time.**

8. Describe class-action issues.

   **None at this time.**

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**The Plaintiffs Rosalinda Salazar and Jesus Silva Salazar have filed their initial disclosures on August 17, 2001.**

**Defendants, the City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez have filed their initial disclosures on August 1, 2001.**

**Defendant Basilio Gomez filed his initial disclosures on September 13, 2001.**

10. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matter raised in Rule 26(f).

   (a) Rule 26(f)(1)- See response to Number 9
   (b) Rule 26(f)(2)- Plaintiff and Defendants will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff and Defendants anticipate discovery will be completed within 180 days.
   (c) Rule 26(f)(3)- No changes need at this time, subject to arrangements of the parties
   (d) Rule 26(f)(4)- None

   B. When and to whom the plaintiff anticipates it may send interrogatories.

   **Plaintiffs anticipate sending out discovery including Interrogatories, Requests for Admissions, and Requests for Production by December 1, 2001.**

   C. When and to whom the defendants anticipate it may send interrogatories.

   **Defendant Basilio Gomez anticipates sending out discovery including Interrogatories, Requests for Admission, and Requests for Production by November 26, 2001.**

   **Defendants the City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez anticipate sending out discovery including Interrogatories, Requests for Admissions, and Requests for Production by November 15, 2001.**

   D. Of whom and by when the plaintiff anticipated taking oral depositions.

Plaintiff anticipates needing depositions of the defendants, City of Brownsville employees including Ex City Manager Carlos Rubenstein, Ex Police Chief Ben Reyna, Pattie Alexander, and other employees whose identity is discovered during discovery.

Plaintiff will take these depositions at a time convenient to both Plaintiff's and Defendants' counsel.

E. Of whom and by when the defendants anticipate taking oral depositions.

**Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez anticipate needing the depositions of the Plaintiffs, and Defendant Basilio Gomez.**

**Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez anticipate they may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

**Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez will agree to take these depsitions at a time convenient to all counsel.**

**Defendant Basilio Gomez anticipates needing the depositions of the Plaintiffs, and Defendants Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez.**

**Defendant Basilio Gomez anticipates he may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

**Defendant Basilio Gomez will agree to take these depositions at a time convenient to all counsel.**

F. When the plaintiff (or party the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

Plaintiff anticipates designating his experts and providing reports, by April 30, 2002.

       **Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez** anticipate designating their responsive experts and providing within 60 days of receiving Plaintiff's expert's reports.

       designa

G.   List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (experts report).

H.   List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

       **Defendant Basilio Gomez** may depose all experts listed by Plaintiffs and will likely do so within 30 days of their designation and Defendants' receipt of Plaintiffs' experts' reports.

       **Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez** may depose all experts listed by Plaintiffs and will likely do so within 30 days of their designation and Defendants' receipt of Plaintiffs' experts' reports.

       **These depositions will be scheduled for a mutually convenient time for the experts, the Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez, Defendant Basilio Gomez and the Plaintiffs'.**

11.   If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

       **While agreeing to work within the deadline for discovery, Plaintiff Counsel does not reasonably believe that the discovery deadline dates afford enough time to complete the significant number of depositions on all of the defendants who seek a dismissal of the qualified immunity, since there are some individuals who no longer are with the city and not here in the City. Plaintiff believes a discovery deadline of August 31, 2002 is more reasonable in light of the above and numerous other trials and ongoing discovery Plaintiff counsel has which precede this case.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

    **Initial discovery has been undertaken. Some written discovery has already been propounded by the Plaintiff but has not yet been answered. No depositions have been taken to date.**

13. State the date the planned discovery can reasonably be completed.

    **Within 180 days of the initial scheduling conference.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    **The parties have discussed possible mediation following preliminary discovery.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **The parties have discussed possible mediation following preliminary discovery.**

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    **Possible mediation following preliminary discovery.**

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **The Parties do not agree to the use of a magistrate.**

18. State whether a jury demand has been made and if it was made on time.

    **Plaintiffs and Defendants    City of Brownsville, Carlos Zamorrano, Arnold Galvan,**

**Oscar Lara, Adrian Mascorro and Rey Lopez have filed a jury demand.**

19. Specify the number of hours it will take to present the evidence in this case.

   At this time, the plaintiff anticipates five to seven eight hour days of trial and defendants anticipate three (3) eight (8) hour days.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   **Plaintiffs Unopposed Motion To Perform Limited Discovery on issues of qualified immunity.**

   **Plaintiffs Unopposed Motion for Leave to File Amended Complaint upon completion of Limited Discovery**

   **Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez' 12(b)(6) Motion to Dismiss**

   **Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez' Motion to Stay Discovery Pending Preliminary Resolution of the Issue of Qualified Immunity and Supporting Memorandum of Points and Authorities**

   **Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez' Motion for Rule 7(a) Reply.**

21. List other motions pending.

   **None.**

22. Indicate other matter peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   **None.**

23. Certify that all parties have filed Disclosure of Interested Partes as directed in the Order for conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    **Defendants City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez' filed their Disclosure of Interested Parties on August 1, 2001.**

    **Plaintiffs filed their Disclosure of Interested Parties on August 6, 2001.**

    **Defendant Basilio Gomez filed his Disclosure of Interested Parties on September 13, 2001.**

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

Defendant:    (City of Brownsville, Carlos Zamorrano, Arnold Galvan, Oscar Lara, Adrian Mascorro and Rey Lopez)

**Ryan Henry**
State Bar No. 240073447
Fed. ID. No. 22968

**Charles Willette**
State Bar No. 21509700
Fed. ID. No. 1937

**WILLETTE & GUERRA, L.L.P.**
**International Plaza**
**3505 Boca Chica Blvd., Ste. 460**
**Brownsville, Texas 78521**
**Telephone: (956) 541-1846**
**Facsimile: (956) 541-1893**

Defendant:    (Basilio Gomez)

**Dennis Sanchez**
State Bar No.: 17569600
Fed. Id. No.: 1594

**Sanchez, Whittington, Janis, & Zabarte, L.L.P.**
**100 N. Expressway 83**
**Brownsville, Texas 78521**
**Telephone: (956) 546-3731**

Facsimile: (956) 546-3765

Plaintiff:    (Rosalinda Salazar & Jesus Silva Salazar)

Albert Villegas
State Bar No.: 20585450
Fed. Id. No.: 3903

Law Office of Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520
Telephone: (956) 544-3352
Facsimile: (956) 544-7828

Ruben Pena
State Bar No.:
Fed. Id. No.: 1216

Law Office of Ruben Pena
222 W. Harrison
Harlingen, Texas 78550

Signed on __29__ day of November, 2001.

> Respectfully submitted,
>
> WILLETTE & GUERRA, L.L.P.
> International Plaza, Ste. 460
> 3505 Boca Chica Blvd.
> Brownsville, Texas 78521
> Telephone  : (956) 541-1846
> Facsimile  : (956) 541-1893
>
> BY: _____
>     RYAN HENRY
>     State Bar No. 24007347
>     Federal I.D. No. 22968
>
> **ATTORNEY FOR DEFENDANT**

Mr. Dennis Sanchez
Mr. Frank Wood
Sanchez, Whittington and Janis
100 N. Expressway 83
Brownsville, Texas 78521
Telephone   : (956) 546-3731
Facsimile   : (956) 546-3765

BY: _____
DENNIS SANCHEZ
State Bar No. 17569600
Federal I. D. No. 1594

**ATTORNEY FOR DEFENDANT**
**BASILIO GOMEZ**

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas   78520
Telephone   : (956) 544-3352
Facsimile   : (956) 544-7828

BY: _____
ALBERT VILLEGAS
State Bar No. 20585450
Federal I. D. No. 3903

**ATTORNEY FOR PLAINTIFFS**