28

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROSALINDA SALAZAR, et al          §
                                  §
                                  §     CIVIL ACTION NO: B: 01-105
versus                            §
                                  §
                                  §
BASILIO GOMEZ, et al              §

## Order Re-Setting Conference

The initial pre-trial conference has been re-set for:

### January 23, 2002 at 2:00 p.m.

Signed on _January 22_, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge