29

# Civil Courtroom Minutes



| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | |
| LAW CLERK | ■ Roberts   □ Lehrman | |
| DATE | 01 — 23 — 02 | |
| TIME | a.m. — a.m. / 2:00 p.m. — 2:30 p.m. | |
| CIVIL ACTION | B — 01 — 105 | |
| STYLE | Rosalinda Salazar and Jesus Salazar *versus* Basilio Gomez, Sr., et al, | |

United States District Court
Southern District of Texas
FILED
JAN 23 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  □ Initial Pretrial Conference;    (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Albert Villegas

Attorney(s) for Defendant(s):   Dennis M. Sanchez (for Defendant Gomez)

Ryan Scott Henry (for all other Defendants)

■    Minutes:

Judge Tagle heard argument from the parties on the motion to dismiss as the original complaint has been amended since the motion to dismiss was filed. Defense attorney Henry detailed the nature of the case and discussed the arguments made by the Defense in its motion to dismiss. Attorney Sanchez indicated that his client agreed with the arguments raised in the other defendants' motion to dismiss. Plaintiff's attorney Villegas then presented arguments detailing why the motion to dismiss should be denied. Judge Tagle instructed Plaintiffs' attorney that he has an obligation to drop any individuals if it is clear they were acting in an official capacity. Plaintiffs' attorney Villegas responded that there the individuals are being sued both in their individual and official capacities both for statute of limitations purposes, but also because discovery has not yet gone forward due to the Court's Order staying discovery.

Judge Tagle next inquired into the retaliation claims. Plaintiffs' attorney indicated that the retaliation claim stems from an ongoing dispute between the Parties regarding the easement. After a discussion of the claims remaining in the motion to dismiss, Judge Tagle indicated that she would soon prepare an order on the motion to dismiss, as well as the other pending motions.