IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA SALAZAR and, | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-105 |
| | § | (JURY REQUESTED) |
| BASILIO GOMEZ, SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ, | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES FOR THE | § | |
| CITY OF BROWNSVILLE | § | |

## DEFENDANTS' DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW City of Brownsville and Carlos Zamorrano Arnold Galvan, Oscar Lara, Adrian

Mascorro, and Rey Lopez, Individually and in Their Official Capacity as Employees For the City of

Brownsville, Defendants in the above entitled cause of action, and file this their Designation of Lead

Counsel. Attorney Ryan Henry is no longer with the firm of Willette & Guerra, L.L.P. Defendants

hereby designate:

**Eduardo G Garza**
**State Bar No. 00796609**
**USDC No. 20916**
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (965) 541-1893

as lead counsel on their behalf to have full control and management of its cause and to receive all

further communications from the Court and other counsel relating to this cause.

Further, counsel requests that Ryan Henry be removed as counsel from the court's record due

to the fact that Mr. Henry is no longer with the firm.

Signed on June 7, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By:    _Eduardo G Garza_
Eduardo Garza
State Bar No. 00796609
USDC No. 20916
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2002, a true and correct copy of the above and foregoing Designation of Additional Counsel has been forwarded to all counsel of record via certified mail, return receipt requested, as noted hereunder.

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78520
Attorney for Plaintiffs

Mr. Ruben Pena
ATTORNEY AT LAW
222 W. Harrison
Brownsville, Texas 78520
Attorney for Plaintiffs

Mr. Dennis Sanchez
Sanchez, Whittington , Janis & Zabarte
100 N. Expressway 83
Brownsville, Texas 78521
Attorney for Defendant Basilio Gomez, Sr.

Eduardo G Garza