34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ROSALINDA SALAZAR AND JESUS SILVA SALAZAR,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. B-01-105 |
| **BASILO GOMEZ, SR., ET AL.,** | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 13, 2002, the Court **ORDERED** the Parties to submit a Joint Scheduling Order by June 20, 2002. This Order must be signed by all Parties.

DONE at Brownsville, Texas, this 13th day of June, 2002.

Hilda G. Tagle
United States District Judge