| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ROSALINDA SALAZAR and, §
JESUS SILVA SALAZAR §
§ CIVIL ACTION NO. B-01-~~108~~ 105
VS. §
§ (JURY REQUESTED)
BASILIO GOMEZ, SR., CITY OF §
BROWNSVILLE AND CARLOS ZAMORRANO §
ARNOLD GALVAN, OSCAR LARA, ADRIAN §
MASCORRO, AND REY LOPEZ, §
INDIVIDUALLY AND IN THEIR OFFICIAL §
CAPACITY AS EMPLOYEES FOR THE §
CITY OF BROWNSVILLE §

United States District Court
Southern District of Texas
ENTERED

JUN 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### JOINT SCHEDULING ORDER

1. Trial:   Estimated time to try: 5-6 days.     __ Bench     X Jury

2. New parties must be joined by:                                    August 30, 2002
   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:   September 16, 2002

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                   November 15, 2002

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*
************************* The court will provide these dates.*********************

6. Dispositive Motions will by filed by:                              12/16/02

7. Joint pretrial order is due:                                       2/18/03
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: 3/6/03

9. Jury Selection is set for 9:00 a.m. on:                            3/10/03

The case will remain on standby until tried.

Signed on _June 28_____, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on back.*

By: _____
Eduardo G Garza
State Bar No. 00796609
Fed Id. No 20916

By: _____
Dennis Sanchez
State Bar No. 17569
Fed Id. No. 1594

By: _____
Albert Villegas
State Bar No. 20585450
Fed Id. No 3903

By: _____
Ruben Peña
State Bar No. 15740900
Fed. Id. No. 1216