IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZA | § | |
| | § | |
| vs. | § | C.A. NO. B 01 105 |
| | § | |
| BASILIO GOMEZ, SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO, | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEX INDIVIDUALLY | § | |
| AND IN THEIR OFFICIAL CAPACITY | § | |
| AS EMPLOYEES FOR CITY OF BROWNSVILLE | § | |

### DENNIS SANCHEZ'S UNOPPOSED
### MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

DENNIS SANCHEZ asks this Court to allow him to withdraw as attorney in charge for Defendant, BASILIO GOMEZ, SR.

#### A. Introduction

ROSALINDA SALAZAR and JESUS SILVA SALAZAR are Plaintiffs. BASILIO GOMEZ, SR. is one of the Defendants.

#### B. Argument

There is good cause for this court to grant the motion to withdraw because Defendant BASILIO GOMEZ, SR.'s insurer will be providing him a defense through HENRY B. GONZALEZ III of Davis, Cedillo & Mendoza, Inc. Accordingly, HENRY B. GONZALEZ III will be substituted as the attorney in charge for Defendant BASILIO GOMEZ, SR. His Texas State Bar number is 00794952; his Federal Bar number is 20760 and his office address, telephone number and fax number are as follows:

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151



Defendant BASILIO GOMEZ, SR. approves the substitution. The withdrawal and substitution of attorneys will not delay these proceedings.

### C. Conclusions

For these reasons, DENNIS SANCHEZ asks this court to grant his motion to withdraw as attorney in charge for BASILIO GOMEZ, SR.

Respectfully submitted,

SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3765

By: _____
DENNIS SANCHEZ
State Bar No. 17569600
Federal Bar No. 1594
C. FRANK WOOD
State Bar. No. 24028136

ATTORNEY IN CHARGE

DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
HENRY B. GONZALEZ III
State Bar No. 00794052
Federal Bar No. 20760

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded on this _23_ day of August, 2002, via facsimile transmission, certified mail, return receipt requested and/or U.S. regular mail to the following counsel of record:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
Telephone No.: (956) 544-3352
Telecopier No.: (956) 544-7828
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
Telephone No.: (956) 412-8200
Telecopier No.: (956) 412-8282
ATTORNEYS FOR PLAINTIFF

Mr. Eduardo G. Garza
Mr. Seth Moore
WILLETTE & GUERRA
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone No.: (956) 541-1846
Telecopier No.: (956) 541-1893
ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, CARLOS
ZAMARRANO, ARNOLD GALVAN,
OSCAR LARA, ADRIAN MASCARRO,
AND REY LOPEZ

_____
DENNIS SANCHEZ
C. FRANK WOOD

## CERTIFICATE OF CONFERENCE

LR7.2 of the Local Rules for the Southern District of Texas does not require a certificate of conference for an unopposed motion

_____
DENNIS SANCHEZ
C. FRANK WOOD