J:\rwe\M130000\motions-orders\orra.substitute.unopposed.1am.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSALINDA SALAZAR AND § | |
| JESUS SILVA SALAZA § | |
| § | |
| vs. § | C.A. NO. B 01 105 |
| § | |
| BASILIO GOMEZ, SR., CITY OF § | |
| BROWNSVILLE AND CARLOS ZAMORRANO, § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN § | |
| MASCORRO, AND REY LOPEX INDIVIDUALLY § | |
| AND IN THEIR OFFICIAL CAPACITY § | |
| AS EMPLOYEES FOR CITY OF BROWNSVILLE § | |

### DENNIS SANCHEZ'S FIRST AMENDED UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

DENNIS SANCHEZ asks this Court to allow him to withdraw as attorney in charge for Defendant, BASILIO GOMEZ, SR.

#### A. Introduction

ROSALINDA SALAZAR and JESUS SILVA SALAZAR are Plaintiffs. BASILIO GOMEZ, SR. is one of the Defendants.

#### B. Argument

There is good cause for this court to grant the motion to withdraw because Defendant BASILIO GOMEZ, SR.'s insurer will be providing him a defense through RICHARD W. ESPEY of Davis, Cedillo & Mendoza, Inc. Accordingly, RICHARD W. ESPEY will be substituted as the attorney in charge for Defendant BASILIO GOMEZ, SR. His Texas State Bar number is 06667580; his Federal Bar number is 32158 and his office address, telephone number and fax number are as follows:

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

Defendant BASILIO GOMEZ, SR. approves the substitution. The withdrawal and substitution of attorneys will not delay these proceedings.

### C. Conclusions

For these reasons, DENNIS SANCHEZ asks this court to grant his motion to withdraw as attorney in charge for BASILIO GOMEZ, SR.

Respectfully submitted,

**SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.**
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3765

By: _____
DENNIS SANCHEZ
State Bar No. 17569600
Federal Bar No. 1594
C. FRANK WOOD
State Bar. No. 24028136

ATTORNEY IN CHARGE

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
RICHARD W. ESPEY
State Bar No. 06667580
Federal Bar No. 32158

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded on this _5TH_ day of September, 2002, via facsimile transmission, certified mail, return receipt requested and/or U.S. regular mail to the following counsel of record:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
Telephone No.: (956) 544-3352
Telecopier No.: (956) 544-7828
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
Telephone No.: (956) 412-8200
Telecopier No.: (956) 412-8282
ATTORNEYS FOR PLAINTIFF

Mr. Eduardo G. Garza
Mr. Seth Moore
WILLETTE & GUERRA
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone No.: (956) 541-1846
Telecopier No.: (956) 541-1893
ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, CARLOS
ZAMARRANO, ARNOLD GALVAN,
OSCAR LARA, ADRIAN MASCARRO,
AND REY LOPEZ

_____
DENNIS SANCHEZ
C. FRANK WOOD

## CERTIFICATE OF CONFERENCE

LR7.2 of the Local Rules for the Southern District of Texas does not require a certificate of conference for an unopposed motion

_____
DENNIS SANCHEZ
C. FRANK WOOD

- 3 -