J:\rwc\41300005\various-orders\mta.substitute.order.unopposed.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSALINDA SALAZAR AND § <br> JESUS SILVA SALAZA § <br> § <br> vs. § <br> § <br> BASILIO GOMEZ, SR., CITY OF § <br> BROWNSVILLE AND CARLOS ZAMORRANO, § <br> ARNOLD GALVAN, OSCAR LARA, ADRIAN § <br> MASCORRO, AND REY LOPEX INDIVIDUALLY § <br> AND IN THEIR OFFICIAL CAPACITY § <br> AS EMPLOYEES FOR CITY OF BROWNSVILLE § | C.A. NO. B 01 105 |

## ORDER GRANTING DENNIS SANCHEZ'S FIRST AMENDED UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

On this date, came on to be heard Dennis Sanchez's First Amended Unopposed Motion to Withdraw As Attorney in Charge, and came the parties, by and through their respective attorneys of record, and the Court, after considering the agreement of the parties and the pleadings on file, is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Dennis Sanchez's First Amended Unopposed Motion to Withdraw as Attorney in Charge is granted; and that RICHARD W. ESPEY be substituted as attorney in charge for BASILIO GOMEZ, SR.

_____
PRESIDING JUDGE