3c.

United States District Court
Southern District of Texas
FILED
SEP 23 2002
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| vs | § | C.A. NO. B01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ INDIVIDUALLY | § | |
| AND IN THEIR OFFICIAL CAPACITY | § | |
| AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

## JOINT MOTION TO EXTEND DEADLINES

Comes now Plaintiffs and Defendants who file this their Joint Motion to Extend Deadlines as set out in the Joint Case Management Plan and would show the Court the following:

I

Plaintiff has sued defendants for various causes of action and claims of state law violation, negligence and intentional torts. Defendant Gomez has recently filed an Unopposed Motion to Substitute Counsel which is still pending before this Court. Discovery in the form of Interrogatories and Request for Production have been exchanged by all parties. Plaintiff has over two hundred photographs, fifty videotapes and more than ten depositions and transcripts which the defendants are entitled to review. Defendant city produced two boxes of records and documents in response to discovery. Defendant Gomez has requested and received extensions to answer discovery. No depositions have been taken although attempts to schedule such have been made. At least ten depositions, including the plaintiffs and individual defendants are needed prior to the rendition of any expert's opinions consulted by the Plaintiff.

II

The parties are asking the Court to extend all deadlines previously set for an additional forty five (45) days to allow all the discovery and experts reports to be completed.

Wherefore the Parties pray that the Court grant this Joint Motion for Extension of Deadlines for forty five (45) days and for such other and further relief at law or in equity to which he may show himself entitled to.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY IN CHARGE FOR PLAINTIFFS


_____
DENNIS SANCHEZ
SANCHEZ WHITTINGTON JANIS & ZABARTE
100 N EXPRESSWAY
BROWNSVILLE TEXAS 78520
546 3731
FEDERAL ID NO. 1594
ATTORNEY FOR DEFENDANT GOMEZ


_____
DAVIS CEDILLO & MENDOZA, INC.
RICHARD ESPEY
755 W. MULBERRY AVE. SUITE 500
SAN ANTONIO TEXAS 78212
FEDERAL ID NO 32158
STATE BAR NO 06667580
210 822 6666
FAX 210 822 1151
ATTORNEY FOR DEFENDANT GOMEZ

_____
ED GARZA
WILLETTE & GUERRA
3505 BOCA CHICA SUITE 460
BROWNSVILLE TEXAS 78520
956 541 1846
FEDERAL ID NO. _____
956 541 1846
FAX 956 541 1893
ATTORNEY FOR CITY OF BROWNSVILLE,
CARLOS ZAMMARANO, ARNOLD GALVAN,
OSCAR LARA, ADRIAN MASCARRO AND
REY LOPEZ

Received Fax :   SEP 12 2002 8:21AM   Fax Station
Sep 12 02 08:21a   S,W,J & Z   (956) 546-3766   p.3
09/10/02  19:55 FAX 210 822 1151   DAVIS, CEDILLO & MENDOZA   ☒003/003
SEP 10 2002 3:05PM   V&A PC   956 544 7828   p.3

Wherefore the Parties pray that the Court grant this Joint Motion for Extension of Deadlines for forty five (45) days and for such other and further relief at law or in equity to which he may show himself entitled to.

Respectfully Submitted,

VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY IN CHARGE FOR PLAINTIFFS

DENNIS SANCHEZ
SANCHEZ WHITTINGTON JANIS & ZABARTE
100 N EXPRESSWAY
BROWNSVILLE TEXAS 78520
546 3731
FEDERAL ID NO. 1594
ATTORNEY FOR DEFENDANT GOMEZ

DAVIS CEDILLO & MENDOZA, INC.
RICHARD ESPEY
755 W. MULBERRY AVE. SUITE 500
SAN ANTONIO TEXAS 78212
FEDERAL ID NO 32158
STATE BAR NO 06667580
210 822 6666
FAX 210 822 1151
ATTORNEY FOR DEFENDANT GOMEZ

Received Fax       SEP 11 2002 1:46PM       Fax Station :       V&A PC       P. 2
Case 1:01-cv-00105   Document 39   Filed in TXSD on 09/23/2002   Page 5 of 8

SEP-11-02 WED 12:32 PM                    FAX NO.                      P. 02
 SEP 10 2002 2:58PM    V&A PC              956 544 7828                 P. 4

*Eduardo D Garza* (signature)
ED GARZA
WILLETTE & GUERRA
3505 BOCA CHICA SUITE 460
BROWNSVILLE TEXAS 78520
956 541 1846
FEDERAL ID NO. 20916
956 541 1846
FAX 956 541 1893
ATTORNEY FOR CITY OF BROWNSVILLE,
CARLOS ZAMMARANO, ARNOLD GALVAN,
OSCAR LARA, ADRIAN MASCARRO AND
REY LOPEZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 16th day of SEPTEMBER, 2002 via regular mail and fax.

_____
ALBERT VILLEGAS

## CERTIFICATE OF CONFERENCE

    I certify that I have communicated with all opposing counsel regarding the Joint Motion to Extend Deadlines on the 7th of September, 2002 who indicated that they had no opposition to the granting of this Joint Motion to Extend Deadlines.

_____
Albert Villegas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND<br>JESUS SILVA SALAZAR | §<br>§<br>§ | |
| vs | § | C.A. NO. B01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF<br>BROWNSVILLE AND CARLOS ZAMORRANO<br>ARNOLD GALVAN, OSCAR LARA, ADRIAN<br>MASCORRO, AND REY LOPEZ INDIVIDUALLY<br>AND IN THEIR OFFICIAL CAPACITY<br>AS EMPLOYEES<br>FOR CITY OF BROWNSVILLE | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER

On this day, came on to be considered the Joint Motion To Extend Deadlines and the Court after considering same, noting it is unopposed, is of the opinion this Motion should be granted as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the Joint Motion to Extend Deadlines is granted with all previous deadlines extended for \_\_\_\_\_ days.

Signed this _____ day of _____, 2002.

_____
JUDGE PRESIDING