IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Rosalinda Salazar and<br>Jesus Silva Salazar,<br><br>　　Plainitffs,<br><br>v.<br><br>Basilo Gomez, Sr.<br>City of Brownsville, Texas<br>Carlos Zamorrano, Arnold Galvan<br>Oscar Lara, Adrian Mascorro,<br>Rey Lopez, Individually and in their<br>own Capacity as Employees for the<br>City of Brownsville,<br><br>　　Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. B-01-105 |

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on September 25, 2002, the Court **GRANTED** the Joint Motion to Extend Deadlines [Dkt. No. 39]. An amended Scheduling Order will be entered by the Court reflecting a forty-five (45) day continuance of all deadlines.

DONE at Brownsville, Texas, this 25th day of September, 2002.

Hilda G. Tagle
United States District Judge