41

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

ROSALINDA SALAZAR, et al §
§
versus § CIVIL ACTION B-01-105
§
BASILIO GOMEZ, SR., et al §

United States District Court
Southern District of Texas
ENTERED

SEP 26 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: **5-6** days.     ☐ Bench  ☒ Jury

2. New parties must be joined by:     **8/30/02**

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     **10/31/02**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     **12/30/02**

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

*********************The Court will provide these dates*********************

6. Dispositive Motions will be filed by:     **1/30/03**

7. Joint pretrial order is due:     **3/24/03**

   *(The plaintiff is responsible for filing the pretrial order on time.)*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     **4/7/03**

9. Jury Selection is set for 9:00 a.m. on:     **4/10/03**

   *(The case will remain on standby until tried.)*

Signed **September 26**, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge