

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROSALINDA SALAZAR and, | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-105 |
| | § | (JURY REQUESTED) |
| | § | |
| BASILIO GOMEZ, SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ, | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES FOR THE | § | |
| CITY OF BROWNSVILLE | § | |

---

**AGREED NOTICE OF INTENTION TO TAKE ORAL/VIDEO DEPOSITION**
**OF WITNESS ALBERT SILVA SALAZAR**

---

TO:  Plaintiffs Rosalinda Salazar and Jesus Salazar by and through their attorney of record

Mr. Albert Villegas
Law Office of Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520

PLEASE TAKE NOTICE that the oral deposition of the Witness Albert Silva Salazar will be taken pursuant to the provisions of the Rules of Civil Procedure at the Law Office of Albert Villegas, 1324 E. 7th Street, Brownsville, Texas 78520 commencing at 9:30 a.m. on the 2nd day of December, 2002.

It is hereby requested that the plaintiff appear at such time and place for the purpose of

1

giving his deposition in this action, which deposition shall be taken before a certified court reporter and may be used in evidence during the trial of said action.

Please take notice that these depositions will be recorded on videotape and/or cassette, in addition to the usual stenographic recording.

Respectfully submitted,

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone:   (956) 541-1846
Facsimile:    (956) 541-1893

By: *Eduardo G Garza*
Eduardo G. Garza
State Bar No. 00796606
USDC Adm. No. 20916

**ATTORNEYS FOR DEFENDANTS**
CITY OF BROWNSVILLE, CARLOS ZAMORRANO
ARNOLD GALVAN, OSCAR LARA, ADRIAN
MASCORRO, AND REY LOPEZ, IND. & IN THEIR
OFFICIAL CAPACITY AS EMPLOYEES FOR THE CITY
OF BROWNSVILLE

## CERTIFICATE OF SERVICE

I hereby certify that a true a and correct copy of the above and foregoing has been served on November 12, 2002, on all counsel of record *via facsimile* and *U. S. Certified Mail Return, Receipt Requested*, to wit:

*Via Facsimile (956) 544-7828*
*& Certified Mail RRR 7002 0460 0000 6635 0229*
Mr. Albert Villegas
Law Office of Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520
*Attorney for Plaintiffs*

*Via Facsimile (956) 412-8282*
*& Certified Mail RRR 7002 0460 0000 6635 0212*
Mr. Ruben Pena
Law Office of Ruben Pena
222 W. Harrison
Harlingen, Texas 78550
*Attorney for Plaintiffs*

*Via Facsimile (210) 822-1151*
*& Certified Mail RRR 7002 0460 0000 6635 0236*
Mr. Richard Epsey
Ms. Catherine Till
DAVIS, CEDILLO & MENDOZA, INC.
755 W. Mulberry Ave., Suite 500
San Antonio, Texas 78212
*Attorneys for Defendant Basilio Gomez*

_____
Eduardo G. Garza