IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR and, | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-~~108~~ /05 |
| | § | (JURY REQUESTED) |
| BASILIO GOMEZ, SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ, | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES FOR THE | § | |
| CITY OF BROWNSVILLE | § | |

United States District Court
Southern District of Texas
FILED

JAN 2 9 2003

Michael N. Milby
Clerk of Court

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano, Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville, Defendants in the above entitled cause of action, and Rosalinda Salazar and Jesus Silva Salazar, Plaintiffs, and file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in support thereof show:

I.

Plaintiffs, by and through their attorney of record, have informed the Court that they no longer wish to pursue their cause of action against the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano, Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville. Plaintiffs Rosalinda Salazar and Jesus Silva Salazar, and Defendants the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano,

Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville hereby pray that all causes of action herein raised against them be dismissed without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Rosalinda Salazar and Jesus Silva Salazar, and Defendants the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano, Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville request this Court to enter an Order dismissing this suit without prejudice as to Defendants the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano, Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville, with all Court costs to be borne by the party incurring same.

Signed on this 29th day of January, 2003.

Respectfully submitted,

VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78520
(956) 544-3352
(956) 544-7828 fax

By: _____
Albert Villegas
State Bar No. 20585450
USDC Adm. No. 3903
Attorney for Plaintiffs,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eduardo G Garza

State Bar No.00796609
USDC Adm. No. 20916

Attorneys for Defendants
City of Brownsville, Oscar Lara,
Reynaldo Lopez, Carlos Zamorano,
Arnold Galvan, and Adrian Mascorro,
Individually and in Their Official
Capacity as Employees For the City of
Brownsville

AGREED TO BY:

DAVIS, CEDILLO & MENDOZA, INC.
755 W. Mulberry Ave., Suite 500
San Antonio, Texas 78212
(210) 822-6666
(210) 822-1151 fax

_____
Richard Epsey
State Bar No.06667580
USDC Adm. No. 32158

Attorneys for Basilio Gomez, Sr.

State Bar No.00796609
USDC Adm. No. 20916

Attorneys for Defendants
City of Brownsville, Oscar Lara,
Reynaldo Lopez, Carlos Zamorano,
Arnold Galvan, and Adrian Mascorro,
Individually and in Their Official
Capacity as Employees For the City of
Brownsville

AGREED TO BY:

DAVIS, CEDILLO & MENDOZA, INC.
755 W. Mulberry Ave., Suite 500
San Antonio, Texas 78212
(210) 822-6666
(210) 822-1151 fax

*Richard Espey* with permission

Richard Epsey
State Bar No.06667580
USDC Adm. No. 32158

Attorneys for Basilio Gomez, Sr.  SBN - 13937700

USDC ADM. 24108