IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR and, | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-~~108~~ 105 |
| | § | (JURY REQUESTED) |
| BASILIO GOMEZ, SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ, | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES FOR THE | § | |
| CITY OF BROWNSVILLE | § | |

### AGREED ORDER ON STIPULATION OF DISMISSAL

Plaintiffs Rosalinda Salazar and Jesus Silva Salazar by and through their attorney of record, have informed the Court that plaintiffs no longer wish to pursue their claims against Defendants the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano, Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville. Plaintiffs and Defendants have prayed that all causes as to the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano, Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville be dismissed without prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs' causes be dismissed as to Defendants the City of Brownsville, Oscar Lara, Reynaldo Lopez, Carlos Zamorano, Arnold Galvan, and Adrian Mascorro, Individually and in Their Official Capacity as Employees For the City of Brownsville, without prejudice against all parties to file any same or similar actions, with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that

may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this 31st day of January, 2003.

*Hilda Tagle*
───────────────────
JUDGE PRESIDING

**AGREED AS TO FORM AND SUBSTANCE:**

VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78520
(956) 544-3352
(956) 544-7828 fax

By: *[signature]*
───────────────────
Albert Villegas
State Bar No. 20585450
USDC Adm. No. 3903
Attorneys for Plaintiffs,

| | |
|---|---|
| WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521<br>Telephone: (956) 541-1846<br>Facsimile: (956) 541-1893<br><br>By: *Eduardo D Garza*<br>───────────────────<br>Eduardo G Garza<br>State Bar No.00796609<br>USDC Adm. No. 20916<br><br>Attorneys for Defendants<br>City of Brownsville, Oscar Lara,<br>Reynaldo Lopez, Carlos Zamorano,<br>Arnold Galvan, and Adrian Mascorro,<br>Individually and in Their Official<br>Capacity as Employees For the City of<br>Brownsville | DAVIS, CEDILLO & MENDOZA, INC.<br>755 W. Mulberry Ave., Suite 500<br>San Antonio, Texas 78212<br>(210) 822-6666<br>(210) 822-1151 fax<br><br>By: ───────────────────<br>Richard Epsey<br>State Bar No.06667580<br>USDC Adm. No. 32158<br><br>Attorneys for Basilio Gomez, Sr. |

may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this _____ day of _____, 2003.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND SUBSTANCE:**

VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78520
(956) 544-3352
(956) 544-7826 fax

By: _____
Albert Villegas
State Bar No. 20585450
USDC Adm. No. 3903
Attorneys for Plaintiffs,


WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eduardo G Garza
State Bar No.00796609
USDC Adm. No. 20916

Attorneys for Defendants
City of Brownsville, Oscar Lara,
Reynaldo Lopez, Carlos Zamorano,
Arnold Galvan, and Adrian Mascorro,
Individually and in Their Official
Capacity as Employees For the City of
Brownsville

DAVIS, CEDILLO & MENDOZA, INC.
755 W. Mulberry Ave., Suite 500
San Antonio, Texas 78212
(210) 822-6666
(210) 822-1151 fax

By: _____ with permission
Richard Epsey                by
State Bar No.06667580  Daniel E. Mendoza
USDC Adm. No. 32158  SBN: 13937700
                     USDC Adm. No. 24108
Attorneys for Basilio Gomez, Sr.