J:\rwe\41300005\motions-orders\mtn.strike.msj.rsp.doc

United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Micheal N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND JESUS SILVA SALAZAR | § § § | |
| VS. | § § | C.A. NO. B 01 105 |
| BASILIO GOMEZ SR., CITY OF BROWNSVILLE AND CARLOS ZAMORRANO, ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, AND REY LOPEZ INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS EMPLOYEES FOR CITY OF BROWNSVILLE | § § § § § § § § | |

**DEFENDANT, BASILIO GOMEZ, SR.'S MOTION TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT, BASILIO GOMEZ, SR.'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his attorneys, and submits this his Motion to Strike Plaintiffs' Response to Defendant Basilio Gomez, Sr.'s Motion for Summary Judgment, and, in support thereof, would respectfully show this Court the following:

### I.
### Introduction

A motion, response or reply filed late, and not accompanied by a motion for leave will be stricken. JUDGE HILDA G. TAGLE, CIVIL PROCEDURES 5(F) (2002). As Jesus Silva Salazar and Rosalinda Silva Salazar ("Plaintiffs") filed their Response to Defendant, Basilio Gomez, Sr.'s Motion for Summary Judgment ("Plaintiffs' Response") fourteen (14) after the deadline for submission without a motion for leave, Plaintiffs' Response should be stricken.

## II.
## Arguments and Authorities

Opposed motions will be submitted to the judge twenty days from filing without notice from the clerk and without appearance by counsel. SO. DIST. LOC. CT. R. LR7.3. Responses to motions must be filed by the submission day. SO. DIST. LOC. CT. R. LR7.4(A). Accordingly, Counsel must respond to an opposed motion within twenty days from the date the motion is filed with the Clerk's Office. JUDGE HILDA G. TAGLE, CIVIL PROCEDURES 5(F) (2002).

Any motion, response, or reply filed after the time limits contained in the Civil Procedures must be accompanied by a motion for leave to file that explains why the document was not timely filed. JUDGE HILDA G. TAGLE, CIVIL PROCEDURES 5(F) (2002). The Court will only grant a motion for leave to file a motion, response or reply late if good cause is shown. *Id.* A motion, response or reply filed late, and not accompanied by a motion for leave will be stricken. *Id.*

Defendant filed his Motion for Summary Judgment ("Defendant's Motion") on January 30, 2003. The submission date for Defendant's Motion, which was twenty days after January 30, 2003, was February 19, 2003. Accordingly, Plaintiffs had until February 19, 2003 to file a response. However, Plaintiffs filed Plaintiffs' Response on March 5, 2003, fourteen days (14) after the deadline for submission, and thirty-four (34) days after Defendant's Motion was filed.[1] Additionally, Plaintiffs' Response was not accompanied by a motion for leave.[2] As a result, Plaintiffs' Motion should be stricken.

---

[1] Interestingly, Plaintiffs' Response was filed on March 5, 2003 and the certificate of service is dated March 5, 2003, but the letter to the United States District Clerk is dated March 4, 2003 and the postmark is dated March 6, 2003. *See* Correspondence to Butch Barbosa, United States District Clerk, dated March 4, 2003; and Envelope addressed to Richard Espy [sic], postmarked March 6, 2003, which are attached hereto and incorporated herein as Exhibit A and B, respectively.

[2] Plaintiffs' Response (or at least what was served on Defendant's counsel) did not include a separate form order denying the relief sought, which does not comply with LR7.4 of the Southern District Local Rules. SO. DIST. LOC. CT. R. LR7.4(D).

## III.
## Conclusion

As Plaintiffs filed their Response fourteen (14) after the deadline for submission without a motion for leave, said Response should be stricken.

                          Respectfully,

                          **DAVIS, CEDILLO & MENDOZA, INC.**
                          McCombs Plaza, Suite 500
                          755 E. Mulberry Avenue
                          San Antonio, Texas 78212
                          Telephone: (210) 822-6666
                          Telecopier: (210) 822-1151

By: _____
                          RICHARD W. ESPEY
                          Attorney-in-Charge
                          State Bar No. 06667580
                          Federal Bar No. 32158

                          ATTORNEYS FOR DEFENDANT,
                          BASILIO GOMEZ, SR.

### Certificate of Conference

The movant has conferred with the respondent and Counsel cannot agree about the disposition of the motion.

_____
RICHARD W. ESPEY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has this the 24th day of March, 2003, been forwarded via certified mail, return receipt requested, hand-delivery and/or telecopier to the following:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY

ALBERT VILLEGAS
VILLEGAS LAW FIRM
1324 E. 7th STREET
BROWNSVILLE, TEXAS 78520

Richard Espy
Davis Cedillo & Mendoza, Inc.
755 W. Mulberry Ave. Suite 500
San Antonio, Texas 78212

EXHIBIT
B