United States District Court
Southern District of Texas
FILED

MAR 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| vs | § | C.A. NO. B01 105 |
| | § | |
| BASILIO GOMEZ SR. | § | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## LATE RESPONSE TO DEFENDANT GOMEZ MOTION
## FOR SUMMARY JUDGMENT

Comes now ROSALINDA SALAZAR AND JESUS SILVA SALAZAR, Plaintiffs herein, and makes and files this their Motion for Leave to File Late Response to Defendant Gomez Motion for Summary Judgment and and would show the Court the following:

I

1. Plaintiff initially sued various defendants in various capacities for various causes of action as a result of an incident where the Plaintiffs were sustained injuries at their home.

2. Beginning in early January of 2003 the Plaintiffs and Defendant City entered into a Stipulation of Dismissal to dismiss the governmental entity and officers in their official capacity only. Thereafter the remaining Defendant Gomez filed its Summary Judgment Motion.

3. Plaintiff was served with the Motion and during the month of February had trial settings and hearings on numerous civil matters including the following: Temporary Injunction hearing in the matter of DTS LLC . v. Scaglione etal. Cause no _2002 07 2579 E; hearings on Motions to Compel Arbitration, Discovery disputes, Temporary Injunction and other matters in Offshore Entertainment Corp. v. Port Isabel San Benito Navigation District etal., Cause no. 2003 CCL 23 B; Bench Trial in Hidalgo County, Texas, of Oscar Knight etal. v. Nixon Trust etal. Cause No. B86901 A scheduled for the 13th of February, 2003 and then reset to the 27th of February, 2003 and continued thereafter to April 2003; Writ of Certiorari on case of Port Isabel San Benito Navigation District v.

      Offshore Entertainment Corporation, Cause no 2003 CCL 23 B, trial of Oscar de La Fuente v. Magic Valley Electric Cooperative Inc., etal. Cause NO. 2000 CCL 205 A, settled three days before trial; Jimenez v. Wells Fargo Bank, Cause No 01 CCL 00293 B continued on date of trial; State of Texas v. Robert Solis, Cause NO. 01 CR 707, an eight count indictment tried on March 3 through the 10th, with significant pretrial discovery disputes.

4. The deadlines set by the Court's local rule were not met due to the numerous matters set out above and in addition to those minor hearings and trial preparation for the trials and mediations on some of the cases.

5. The Plaintiffs did not intentionally fail to timely respond and will not object to the Court allowing the Defendants additional time to file any response if necessary prior to the Court ruling on the Motion.

6. This is to certify that I have conferred with Defense Counsel who are opposed to the Motion for Leave to File Late Response To Defendant's Gomez Motion for Summary Judgment.

      Wherefore Plaintiff prays that the Court grant this Motion for Leave to File late Response and for such other and further relief at law or in equity to which he may show himself entitled to.

Respectfully Submitted,

VILLEGAS LAW FIRM  
BY: ALBERT VILLEGAS  
1324 EAST SEVENTH STREET  
BROWNSVILLE, TEXAS 78520  
TELEPHONE: (956) 544-3352  
TELECOPIER: (956) 544-7828  
STATE BAR NO: 20585450  
FEDERAL ID NO 3903  
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

    I hereby certify that I previously conferred with counsel for both defendants on the 25th day of March, 2003, who stated they had objected to the Court granting Plaintiffs Motion for Leave to File Late Response to Motion For Summary Judgment.

_____
Albert Villegas

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 25th day of March, 2003 via regular mail and fax.

ALBERT VILLEGAS