# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Levesque |
| DATE | 4 – 7 – 03 |
| TIME | a.m. / 1:55 p.m.  —  a.m. / 2:30 p.m. |
| CIVIL ACTION | B – 01 – 105 |
| STYLE | ROSALINDA SALAZAR, et al *versus* BASILIO GOMEZ, SR. |

(HGT)
DOCKET ENTRY:    ■ Final Pretrial Conference          Court Reporter: Breck Record

Albert Villegas for Plaintiff
Richard Espey and Frank Wood for Defendant

**Comments**:

Both sides announced ready.
Plaintiff announced: 8 witnesses; 5-6 days for trial; at cost of $10-14K.
Defendant announced: 4-6 witnesses: 4 days of trial; at cost of $15-20K
Plaintiff believes his damages will be $4-5K for medical and $45-50K for lost wages. He intends to prove both amount and causation of damages through lay witness testimony of Plaintiff and his brother who is in the same business.
Plaintiff described the history of litigation between these parties.
The parties have not mediated this case.
The Court **ORDERED** the parties to mediation before Judge Recio on 4/8/03.
The Court advised the parties that an Order on the motion for summary judgment would be entered on 4/8/03 in the afternoon.

Parties further advised that if the case did not settle; then jury selection will be held on Thursday, April 10, 2003.