

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

APR 0 8 2003

Michael N. Milby
Clerk of Court

Date:   April 8, 2003, 1:30 p.m. to 4:45 p.m.

---

### C.A. NO. B-01-105(HGT)

---

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | * | Alberto Villegas |
| JESUS SILVA SALAZAR | * | " |
| VS | * | |
| BASILIO GOMEZ, SR. | * | Richard W Espey |

---

### MEDIATION MINUTES

Plaintiff JESUS SILVA SALAZAR appeared with attorney Villegas. Defendant BASILIO GOMEZ, SR., appeared with attorney Richard W. Espey and Frank Wood.

Mediation held.

Mediation to continue on April 9, 2003, at 8:00 a.m.