*57*

United States District Court
Southern District of Texas
FILED

APR 0 9 2003

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date:  April 9, 2003, 8:00 a.m. to 12:15 p.m.

---

### C.A. NO. B-01-105(HGT)

---

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | * | Alberto Villegas |
| JESUS SILVA SALAZAR | * | " |
| VS | * | |
| BASILIO GOMEZ, SR. | * | Richard W Espey |

---

### MEDIATION MINUTES

Plaintiff JESUS SILVA SALAZAR appeared with attorney Villegas. Defendant BASILIO GOMEZ, SR., appeared with attorney Richard W. Espey and Frank Wood.

Mediation continued.

The case settled.

