IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Rosalinda Salazar and Jesus Silva Salazar,** § § § | United States District Court Southern District of Texas ENTERED |
| **Plainitffs,** § § | APR 1 1 2003 |
| v. § § | Michael N. Milby, Clerk of Court By Deputy Clerk |
| **Basilo Gomez, Sr., ET AL.** § § § | Civil Action No. B-01-105 |
| **Defendants.** § | |

## ORDER

BE IT REMEMBERED that on April 11, 2003, the Court having been informed that the parties have agreed to settle their dispute, hereby, **ABATES** this matter until such time as the parties inform the Court that the settlement has been finalized.

DONE at Brownsville, Texas, this 11th day of April 2003.

Hilda G. Tagle
United States District Judge