UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2003

Michael N. Milby
Clerk of Court

ROSALINDA SALAZAR, ET AL    *

VS    *    CIVIL ACTION NO. B-01-105

BASILIO GOMEZ, SR.    *

# SEALED

## MEDIATION REPORT

April 8, 2003

SEALED BY ORDER OF THE COURT

Felix Recio
United States Magistrate Judge