

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Rosalinda Salazar and** | § | |
| **Jesus Silva Salazar,** | § | |
| | § | |
| **Plainitffs,** | § | |
| | § | |
| v. | § | Civil Action No. B-01-105 |
| | § | |
| **Basilo Gomez, Sr.** | § | |
| **City of Brownsville, Texas** | § | |
| **Carlos Zamorrano, Arnold Galvan** | § | |
| **Oscar Lara, Adrian Mascorro,** | § | |
| **Rey Lopez, Individually and in their** | § | |
| **own Capacity as Employees for the** | § | |
| **City of Brownsville,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

BE IT REMEMBERED that on May 12, 2003, this case having been settled, the Court **MOOTED** all pending motions until such as time as the settlement is concluded or the parties reurge the motions.

DONE at Brownsville, Texas, this 12th day of May 2003.

Hilda G. Tagle
United States District Judge