

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rosalinda Salazar and<br>Jesus Silva Salazar,<br><br>　　Plainitffs,<br><br>v.<br><br>Basilo Gomez, Sr.<br>City of Brownsville, Texas<br>Carlos Zamorrano, Arnold Galvan<br>Oscar Lara, Adrian Mascorro,<br>Rey Lopez, Individually and in their<br>own Capacity as Employees for the<br>City of Brownsville,<br><br>　　Defendants. | §§§§§§§§§§§§§§§ | Civil Action No. B-01-105 |

## ORDER

BE IT REMEMBERED that on February 9, 2004, the Court was informed that the parties have not been able to conclude the settlement reached on April 9, 2003, and that Defendant seeks to (1) have the case placed on the Court's docket and (2) have the Court rule on Defendant's motion for summary judgment.

The Court **ORDERS** this case be reopened and placed on the Court's docket. Therefore, Defendant's motion for summary judgment [Dkt. No. 45]; Defendant's motion to strike [Dkt. No. 50]; Plaintiff's motion for leave to file a late response [Dkt. No. 52]; and Defendant's motion in limine [Dkt. No. 53] are no longer moot and are pending. The clerk of the court is **ORDERED** to make the appropriate docket entries to reopen the file and show these motions as pending.

The Court further **ORDERS** the parties to attend a status conference on February 19, 2004, at 3:00 p.m.

Finally, this case was on the eve of trial when the parties entered into the settlement. The parties had entered a joint pretrial order and had appeared at the final pretrial conference. The parties and the case are ready for trial; therefore, the Court **ORDERS** this case is scheduled for final pretrial conference on March 4, 2004, at 1:30 p.m. and jury selection on March 8, 2004, at 9:00 a.m.

DONE at Brownsville, Texas, this 9th day of February 2004.

Hilda g. Tagle
United States District Judge