IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rosalinda Salazar and<br>Jesus Silva Salazar,<br><br>　　Plainitffs,<br><br>v.<br><br>Basilo Gomez, Sr.,<br>City of Brownsville, Texas,<br>Carlos Zamorrano, Arnold Galvan,<br>Oscar Lara, Adrian Mascorro,<br>Rey Lopez, Individually and in their<br>Capacity as Employees for the<br>City of Brownsville,<br><br>　　Defendants. | §§§§§§§§§§§§§§§ | Civil Action No. B-01-105 |

### ORDER

BE IT REMEMBERED that on February 10, 2004, the Court **ORDERED** the parties to submit to mediation before Magistrate Judge Recio on or before February 17, 2004. The parties are **ORDERED** to contact Magistrate Judge Recio's chambers to determine when mediation can be scheduled and what preparation is required in advance of mediation.

DONE at Brownsville, Texas, this 10th day of February 2004.

Hilda G. Tagle
United States District Judge