64

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

FEB 1 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rosalinda Salazar and<br>Jesus Silva Salazar, | § <br> § <br> § | |
| Plainitffs, | § <br> § | |
| v. | § <br> § | Civil Action No. B-01-105 |
| Basilo Gomez, Sr.,<br>City of Brownsville, Texas,<br>Carlos Zamorrano, Arnold Galvan,<br>Oscar Lara, Adrian Mascorro,<br>Rey Lopez, Individually and in their<br>Capacity as Employees for the<br>City of Brownsville, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |
| Defendants. | § <br> § | |

## ORDER

BE IT REMEMBERED that on February 10, 2004, the Court **ORDERS** the parties to file no later than February 19, 2005, amended pretrial materials conforming with the Court's order on the motion for summary judgment. The amended pretrial materials should contain an amended joint pretrial order; amended proposed voir dire questions; and amended jury instructions.

DONE at Brownsville, Texas, this 10th day of February 2004.

Hilda G. Tagle
United States District Judge