T:\19000 - 99999\20000-49999\41300.0005\motions-orders\mtn.appear.telephone.doc
February 16, 2004/RWE/CET

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSALINDA SALAZAR AND § <br> JESUS SILVA SALAZAR § <br> § <br> VS. § <br> § <br> BASILIO GOMEZ SR., CITY OF § <br> BROWNSVILLE AND CARLOS ZAMORRANO, § <br> ARNOLD GALVAN, OSCAR LARA, ADRIAN § <br> MASCORRO, AND REY LOPEZ § <br> INDIVIDUALLY AND IN THEIR OFFICIAL § <br> CAPACITY AS EMPLOYEES § <br> FOR CITY OF BROWNSVILLE § | C.A. NO. B 01 105 |

## DEFENDANT, BASILIO GOMEZ, SR.'S UNOPPOSED
## MOTION FOR ATTORNEY-IN-CHARGE RICHARD W. ESPEY TO APPEAR
## AT STATUS CONFERENCE ON FEBRUARY 19, 2004 BY TELEPHONE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his attorneys, and submits this his Unopposed Motion for Attorney-in-Charge Richard W. Espey to Appear at Status Conference on February 19, 2004 by Telephone, and, in support thereof, would respectfully show this Court the following:

### I.
### Introduction

The Court has ordered the parties to attend a status conference on Thursday, February 19, 2004 at 3:00 p.m. pursuant to the Order received by Richard W. Espey, the Attorney-in-Charge for Defendant Gomez on Wednesday, February 11, 2004. *See* Order, entered February 10, 2004. Attorney-in-Charge Richard W. Espey previously noticed the deposition of Dr. Ann Burgess on January 3, 2004 to take place in Newton, Massachusetts on February 19, 2004 at 9:00 a.m. in Cause No. 2002-CI-00178, *John A. Adams and Jane A. Adams, Individually, and as Next Friends*

of *Adam Adams, Minor vs. YMCA of San Antonio d/b/a YMCA of San Antonio and The Hill Country.*  See Notice Duces Tecum of Intention to Take Videotaped Oral Deposition of Dr. Ann Burgess, which is attached hereto and incorporated herein as Exhibit A.

## II.
## Argument

Rule 4(B) of Federal District Judge Hilda G. Tagle Civil Procedures, provides that if out-of-town counsel desires to appear by telephone, a written request should be made to the Case Manager as far as reasonably possible in advance of the conference. Defendant Gomez is requesting that his Attorney-in-Charge, Richard W. Espey, be permitted to appear by telephone as he will still be in Massachusetts at the time of the status conference.

## III.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant his Unopposed Motion for Attorney-in-Charge Richard W. Espey to Appear at Status Conference on February 19, 2004 by Telephone; and for any and all other relief, general and special, at law or at equity, to which Movant may be justly entitled.

Respectfully,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
RICHARD W. ESPEY
Attorney-in-Charge
State Bar No. 06667580
Southern District Admission No. 32158

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

...

## CERTIFICATE OF CONFERENCE

LR7.2 of the Local Rules for the Southern District of Texas does not require a certificate of conference for an unopposed motion. Nevertheless, Defendant's counsel has conferred with counsel for the Plaintiffs, and Plaintiffs have no opposition to this Motion.

_____
RICHARD W. ESPEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of February, 2004 a true and correct copy of the foregoing was forwarded by facsimile transmission and/or regular mail and/or certified mail, return receipt requested, and/or hand-delivery to the following:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY

CAUSE NO. 2002-CI-00178

| | | |
|---|---|---|
| JOHN A. ADAMS AND JANE A. ADAMS, INDIVIDUALLY, AND AS NEXT FRIENDS OF ADAM ADAMS, MINOR | § § § § | IN THE DISTRICT COURT |
| vs. | § | 150th JUDICIAL DISTRICT |
| YMCA OF SAN ANTONIO d/b/a YMCA OF SAN ANTONIO AND THE HILL COUNTRY | § § § | BEXAR COUNTY, TEXAS |

## NOTICE DUCES TECUM OF INTENTION TO TAKE VIDEOTAPED ORAL DEPOSITION OF DR. ANN BURGESS

TO: DR. ANN BURGESS
By and through
Thomas G. Kemmy
Attorney at law
322 W. Woodlawn Ave.
San Antonio, Texas 78212

and

Pat Maloney, Jr.
LAW OFFICES OF PAT MALONEY
239 E. Commerce Street
San Antonio, Texas 78205

Notice is hereby given that after service hereof, and in accordance with Rule 200, Texas Rules of Civil Procedure, the oral videotaped deposition of DR. ANN BURGESS will be taken on the 19th day of February, 2004 commencing at 9:00 o'clock a.m. at the offices of EYAL Court Reporting, 90 Wendell Road, Newton Center, Newton, MA 02459. Said deposition will be reported by EYAL Court Reporting 90 Wendell Road, Newton Center, Newton, MA 02459.

The deposition will be taken by oral examination and by videotape, and the answers will be used as testimony at the trial of the above styled and numbered cause.



EXHIBIT A

Pursuant to subpoena duces tecum served upon such witness, she is to produce the following items in her possession, which deposition when taken may be used in evidence at the trial of the above-numbered and entitled cause:

1. Her entire file regarding this lawsuit, including but not limited to, any and all photographs, correspondence, compilations of data, charts, records, report, and any other documents which have been prepared in anticipation of her trial or deposition testimony in this matter or that has been given to her for review in this case;

2. All documents, tangible things, reports, models or data compilations that have been provided to, reviewed by, or prepared by or for DR. ANN BURGESS in anticipation of her testimony.

3. All receipts, invoices, bills, ledgers, account books, or any other document evidencing how much money DR. ANN BURGESS has been paid in connection with any work performed by her for the Law Offices of Pat Maloney, Jr. in the last three (3) years;

4. Any and all articles relied on by DR. ANN BURGESS in arriving at any conclusions or opinions in this case;

5. A copy of any depositions DR. ANN BURGESS has given in the past five (5) years in her capacity as an expert witness, or a list of said depositions including date, case style and name of attorney who took the deposition; and

6. A copy of DR. ANN BURGESS' current curriculum vitae.

Respectfully submitted,

DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 East Mulberry Ave.
San Antonio, Texas 78212-3135
Telephone No: (210) 822-6666
Telecopier No: (210) 822-1151

By _____
RICHARD W. ESPEY
State Bar No. 06667580
ATTORNEYS FOR DEFENDANT YMCA OF SAN ANTONIO d/b/a YMCA OF SAN ANTONIO AND THE HILL COUNTRY

2.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2004, a true and correct copy of the foregoing instrument has been forwarded via facsimile and regular U.S. mail to the following counsel of record:

Thomas G. Kemmy
Attorney at law
322 W. Woodlawn Ave.
San Antonio, Texas 78212

Pat Maloney
Law Offices of Pat Maloney
239 E. Commerce St.,
San Antonio, Texas 78205

_____
RICHARD W. ESPEY

3