T:\19000 - 99999\20000-49999\41300.0005\motions-orders\mtn.continuance.doc
February 16, 2004/RWE/CET

United States District Court
Southern District of Texas
FILED

FEB 1 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | C.A. NO. B 01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO, | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

## DEFENDANT, BASILIO GOMEZ, SR.'S UNOPPOSED
## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his attorneys, and submits this his Unopposed Motion for Continuance, and, in support thereof, would respectfully show this Court the following:

### I.
### Introduction

The Court has ordered the case scheduled for jury selection on Monday, March 8, 2004 at 9:00 p.m. pursuant to the Order received by Richard W. Espey, the Attorney-in-Charge for Defendant Gomez on Wednesday, February 11, 2004. *See* Order, entered February 10, 2004. Attorney-in-Charge Richard W. Espey had previously been ordered to jury trial in Galveston, Texas, on Monday, March 8, 2004 at 1:30 p.m. in Cause No. 50401, *Alana Bowman and Nolen Bowman v. Wyeth and John Dang, M.D.*, pursuant to the Civil Docket Control Order signed on

October 29, 2003. *See* Civil Docket Control Order, which is attached hereto and incorporated herein as Exhibit A.

## II.
## Argument

The court has the discretion to grant a motion for continuance as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner. *U.S. v. Waldman*, 579 F.2d 649, 653 (1st. Cir. 1978). Defendant Gomez' Attorney-in-Charge Richard W. Espey, will be unavailable for the jury selection scheduled March 8, 2004 because of a previous jury trial date scheduled on the same day. *See* Civil Docket Control Order. Attorney-in-Charge Richard W. Espey is necessary to Defendant Gomez' case because he is the only attorney admitted to the Southern District of Texas that is familiar with Defendant Gomez' case. Another attorney in the same firm cannot handle the case because another attorney is not sufficiently informed of the facts and pertinent law to conduct trial by himself or herself on such short notice. *See, e.g., Smith-Weik Mach. Corp. v. Murdock Mach. & Eng'g Co.*, 423 F.2d 842, 844 (5th Cir. 1970) (local counsel was not sufficiently well informed about facts and pertinent law to conduct trial by himself on such short notice). Further, Attorney-in-Charge Richard W. Espey has been hired specifically to handle this case. The lack of an attorney is not Defendant Gomez' fault because Defendant Gomez was not aware that Attorney-in-Charge Richard W. Espey would have a conflicting jury trial setting.

This request is not for delay only, but so that justice may be done.

## III.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant his Unopposed Motion for Continuance; and for any and all other relief, general and special, at law or at equity, to which Defendant may be justly entitled.

Respectfully,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
RICHARD W. ESPEY
Attorney-in-Charge
State Bar No. 06667580
Southern District Admission No. 32158

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

## DECLARATION UNDER PENALTY OF PERJURY

State of Texas                §
County of Bexar               §

"I declare under penalty of perjury that he foregoing is true and correct."

EXECUTED ON _____2/17_____, 2004.

_____
RICHARD W. ESPEY

## CERTIFICATE OF CONFERENCE

LR7.2 of the Local Rules for the Southern District of Texas does not require a certificate of conference for an unopposed motion. Nevertheless, Defendant's counsel has conferred with counsel for the Plaintiffs, and Plaintiffs have no opposition to this Motion.

_____
RICHARD W. ESPEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of February, 2004 a true and correct copy of the foregoing was forwarded by facsimile transmission and/or regular mail and/or certified mail, return receipt requested, and/or hand-delivery to the following:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY

Nov 06 2003 4:47PM   HP LASERJET 3330                                          P.2
Galveston County      10/__/2003 3:42   PAGE 3/3   Rig. AX

NO. **50,401**

Alana Bowman,                    §    IN THE COUNTY COURT
v. N Olen Bowman                 §
                                 §    AT LAW NO. **1** OF
Wyeth & John Ring, M.D.          §
                                 §    GALVESTON COUNTY, TEXAS

### CIVIL DOCKET CONTROL ORDER

1. *per order* — NEW PARTIES shall be joined and served by this date. The party causing such joinder will provide copies of this Order to the new parties.

2. **2/6/04** — MEDIATION will be completed by this date. If parties cannot agree on a mediator, you must contact the Court immediately so that one can be appointed. Report to be filed with the Court on or before this date.

3. ____ — EXPERTS for plaintiff shall be designated by this date. Experts for all other parties shall be designated 30 days after this date. No additional experts will be permitted to testify, except for good cause shown.

   *per order*

4. ____ — DISCOVERY shall be completed by this date. Counsel may, by agreement, continue discovery beyond this deadline, such continued discovery, however, will not delay the trial date.

5. ____ — AMENDMENTS to pleadings shall be filed by this date.

6. **2/20/04** — JURY CHARGE — counsel for all parties must submit jury questions, definitions and instructions with a copy mailed to the Court.

7. **2/20/04** — PRE-TRIAL CONFERENCE will be held at **10:30** (a.m.)/p.m. Trial counsel are ordered to attend and be prepared to discuss all aspects of the suit and trial.

8. **3/8/04** — ~~BENCH/~~ JURY TRIAL DATE — 1:30pm. ~~days/hrs. of trial.~~

SIGNED this **29** day of **October**, 2003.

_____
Judge



EXHIBIT
A