United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

J:\rwe\41300005\motions-orders\mtn.substitute.unopposed.1am.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR AND § <br> JESUS SILVA SALAZA § <br> § <br> vs. § <br> § <br> BASILIO GOMEZ, SR., CITY OF § <br> BROWNSVILLE AND CARLOS ZAMORRANO, § <br> ARNOLD GALVAN, OSCAR LARA, ADRIAN § <br> MASCORRO, AND REY LOPEX INDIVIDUALLY § <br> AND IN THEIR OFFICIAL CAPACITY § <br> AS EMPLOYEES FOR CITY OF BROWNSVILLE § | C.A. NO. B 01 105 |

## ORDER GRANTING
## DEFENDANT, BASILIO GOMEZ, SR.'S UNOPPOSED
## MOTION FOR ATTORNEY-IN-CHARGE RICHARD W. ESPEY TO APPEAR
## AT STATUS CONFERENCE ON FEBRUARY 19, 2004 BY TELEPHONE

On this date, came on to be heard Defendant, Basilio Gomez, Sr.'s Unopposed Motion for Attorney-in-Charge Richard W. Espey to Appear at Status Conference on February 19, 2004 by Telephone, and the Court, after considering the agreement of the parties and the pleadings on file, is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Defendant, Basilio Gomez, Sr.'s Unopposed Motion for Attorney-in-Charge Richard W. Espey to Appear at Status Conference on February 19, 2004 by Telephone is granted; and that Richard W. Espey appear for Defendant, Basilio Gomez, Sr., by telephone at the Status Conference on Thursday, February 19, 2004 at 3:00 p.m.

_____
PRESIDING JUDGE