70

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk ⟋⟍

| | | |
|---|---|---|
| Rosalinda Salazar and<br>Jesus Silva Salazar, | §<br>§<br>§ | |
| **Plainitffs,** | §<br>§ | |
| v. | §<br>§ | Civil Action No. B-01-105 |
| Basilo Gomez, Sr.,<br>City of Brownsville, Texas,<br>Carlos Zamorrano, Arnold Galvan,<br>Oscar Lara, Adrian Mascorro,<br>Rey Lopez, Individually and in their<br>Capacity as Employees for the<br>City of Brownsville, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| **Defendants.** | § | |

## ORDER CONTINUING TRIAL

BE IT REMEMBERED that on February 19, 2004, the Court **GRANTED**
Defendant's Unopposed Motion For Continuance [Dkt. No. 67].

Final Pretrial will be held on April 1, 2004, at 1:30 p.m.  Jury Selection will be
held on April 5, 2004, at 9:00 a.m.

DONE at Brownsville, Texas, this 19th day of February 2004.

Hilda G. Tagle
United States District Judge