IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rosalinda Salazar and<br>Jesus Silva Salazar,<br><br>    Plainitffs,<br><br>v.<br><br>Basilo Gomez, Sr.,<br>City of Brownsville, Texas,<br>Carlos Zamorrano, Arnold Galvan,<br>Oscar Lara, Adrian Mascorro,<br>Rey Lopez, Individually and in their<br>Capacity as Employees for the<br>City of Brownsville,<br><br>    Defendants. | §§§§§§§§§§§§§§§ | Civil Action No. B-01-105 |

## ORDER OF REFERRAL FOR MEDIATION
## IN THE CAMERON COUNTY BAR ASSOCIATION'S
## SETTLEMENT WEEK

BE IT REMEMBERED that on February 19, 2004, the Court **ORDERED** the parties to submit to mediation in the Cameron County Bar Association's Settlement Week.

The parties are hereby **ORDERED** to contact the Cameron County Bar Association's Settlement Week Committee today to arrange the logistics of the mediation.

Fees for the mediation will be divided and borne equally between the parties, unless agreed otherwise.

Named parties shall be present during the entire mediation process and each party must be represented by someone with authority to negotiate a settlement

DONE at Brownsville, Texas, this 19th day of February 2004.

_____
Hilda G. Tagle
United States District Judge

# Cameron County Bar Association

February 3, 2004

RE: CAMERON COUNTY SETTLEMENT WEEK

| | |
|---|---|
| DEADLINE FOR CASE SUBMISSION: | February 13, 2004 @ 5:00 PM |
| PENALTY DEADLINE SET FOR: | February 18, 2004 @ 5:00 PM |
| MEDIATION CONFERENCES SET FOR: | February 23-27, 2004 |

Dear Member of the Bar:

By agreement, the Judges of Cameron County District and County Courts have designed the week of **February 23 -27, 2004** as Settlement Week.

During Settlement Week, attorneys in selected cases will be ordered by the court to appear, with their clients, for the purpose of engaging in meaningful settlement negotiations before a court-appointed attorney mediator. Additionally, attorneys may voluntarily submit cases for mediation. All cases, whether court ordered or voluntarily submitted, are selected as appropriate for the process; attorneys will be ordered to appear with their clients and/or representatives for the purpose of engaging in settlement negotiations before a volunteer court appointed mediator. Cases involving more than three parties are not considered appropriate for submission.

<u>All</u> cases ordered by the court or voluntarily submitted for mediation are required to fill out the enclosed forms and return them by the deadline for case submission.

1. You will be noticed of the time, date and name of mediator if the Case Selection Committee accepts your case.

A. **GENERAL PROCEDURES**
1. Each mediation session will be allotted three hours.
2. Mediation conferences may be held at law offices for the convenience of attorneys.
3. Mediation fee will be $150.00 per party*.
**(A $25.00 Penalty Fee, per responsible party will be charged for packets received after February 18, 2004.)**
4. Signatures by Plaintiff's and Defendant's Attorneys are required on Certificate of Conference.

B. **SUBMISSION OF CASES**
When a case is submitted for consideration, you should carefully review the enclosed *Settlement Week Packets* and complete the appropriate documents. A complete *Settlement Week Packet* will include the following documents:
1. Instructions/Checklist
2. Settlement Week Case Information Data Sheet
3. Copy of Court Order, if applicable
4. Volunteer Mediator Data Sheet
5. Mediation fee of $150.00 for each party ($175.00 if packet is being submitted during Penalty date of February 18, 2004).

C.　**PACKETS ARE DUE BY FRIDAY, February 13, 2004 @5:00 P.M.**
Please return the Settlement Week Packets to:
Cameron County Settlement Week
Kim Sanchez, Executive Director
P.O. Box 333
Harlingen, TX 78551

**PLEASE NOTE**: Packets received after **February 18, 2004**, WILL NOT be considered. In addition, any incomplete packets will be returned with a request to complete and re-submit.

ONLY COMPLETED PACKETS RECEIVED BY February 18, 2004 WILL BE CONSIDERED FOR SETTLEMENT WEEK.

WE URGE ALL ATTORNEYS TO SUBMIT THEIR CASES PRIOR TO THE DEADLINE TO ENSURE THAT RE-SUBMISSION OF INCOMPLETE PACKETS HAVE ADEQUATE TIME IN WHICH TO MEET THE DEADLINE.

D.　**CASE SELECTED**
You will be notified of the date, time and location of the mediation conference if your case is accepted for Settlement Week. This notification will include a Court Order to appear on specific date the attorneys have designated. Please mark your choices of dates (#1, #2, and #3) clearly, and *keep those dates available, as they are the dates you will be designating to mediate your cases.* Every effort will be made to accommodate the choice you have selected.

E.　**VOLUNTEER MEDIATORS**
Without volunteer mediations this process CAN NOT work. If you are willing to serve as a volunteer mediator, please register by filing out the Volunteer Mediator Data Sheet that is enclosed in this mailing and return to the address above as soon as possible. Please encourage members of your firm to volunteer. All attorneys are encouraged to volunteer as mediators, office practitioners and trial lawyers alike.

We anticipate a successful Settlement Week and look forward to your participation in this dispute resolution process.

Sincerely,

*Leo Salzman*
Leo Salzman
Cameron County Settlement Week Coordinator

Enclosures:　Instructions/Checklist
　　　　　　　Settlement Week Case Information Data Sheet
　　　　　　　Volunteer Mediator Data Sheet

## SETTLEMENT WEEK INSTRUCTIONS/CHECKLIST INSTRUCTIONS

1. **ATTORNEYS MUST AGREE TO THE MEDIATION**, unless ordered by the Court to be mediated during Settlement Week. Packets received without the proper signature of attorneys involved will not be considered.

2. One Settlement Week Packet must be completed for each case submitted. Each Packet should be submitted in a separate file folder labeled with Cause No., parties, and attorneys. Each folder should contain a completed Original and one copy of the following:
    a. *Case Information data Sheet*
    b. *Certificate of Conference, signed by all attorneys*
    c. *Certificate of Service, signed by submitting attorney; and*
    d. *Case Summary*

3. If case has been ordered by the Court to be mediated during Settlement Week, enclose a copy of the court order.

4. Enclose a <u>pre-addressed letter-size stamped clasp envelope</u> (with $0.68 postage per envelope for each attorney of record, plus a blank stamped clasp envelope (with $1.20 postage) for the mediator.

5. A <u>non-refundable check</u> in the amount of $150.00, per party* payable to the "Cameron County Bar Association" must be included with each packet or packet will be returned incomplete. **A $25.00 fee will charged for any packet received late after February 18, 2004. Any packet received after 5:00 p.m. on the 18th will not be accepted.**

6. Submitting attorney should submit a copy of packet to opposing counsel.

7. Packets should be submitted to one of the following addresses:

MAILING ADDRESS:                         PHYSICAL ADDRESS:
Cameron County Bar Association           Cameron County Bar Association
P.O. Box 333                             c/o Kim Sanchez
Harlingen, Texas 78551                   185 E. Ruben Torres Blvd.
                                         Brownsville, Texas 78521

8. Questions can be directed to Leo Salzman or Kim Sanchez, 956-266-0622.

CHECKLIST – TO ENSURE THAT ALL DOCUMENTS HAVE BEEN ENCLOSED, PLEASE PLACE A CHECK BY ALL DOCUMENTS THAT ARE FORWARDED:

_____ Settlement Week Case Information Data Sheet
_____ Certificate of Conference (All attorneys signature required)
_____ Certificate of Service (signed by submitting attorney)
_____ Case Summary
_____ Original and one copy of the above
_____ Copy of "order of Referral for Mediation" (if applicable)
_____ Selected three alternative times for mediation
_____ Pre-Addressed stamped letter-size clasp envelopes ($0.68 postage) for each attorney of record, and one blank clasp envelope ($1.20 postage) for designated mediator
_____ Check in the amount of $150.00 for each party *.
_____ Late fee of $25.00 for responsible parties (if applicable).*

Note: Has the submitting attorney completed and furnished opposing counsel a copy of the above?
NOTE: IF ALL THE ABOVE ITEMS ARE NOT COMPLETED OR INCLUDED, PACKETS WILL BE RETURNED.

*Party. For the purpose of mediation, a party is defined as 1) each individual in a case; and/or 2) each family will be considered one party.

# SETTLEMENT WEEK CASE INFORMATION DATA SHEET

1. Cause No.:_____  2. Court: _____

3. Style of Case: _____

4. Number of Parties:

    ___ Plaintiff (s)    ___ Defendant (s)    ___ Other (s)

5. Type of Case:

    ___ P/I involving M/V                ___ P/I other than M/V
    ___ W/C (Partial Disability)         ___ W/C (Total Disability)
    ___ Bad Faith                        ___ Products Liability
    ___ Contract Dispute                 ___ DTPA
    ___ Business / Commercial            ___ Collection
    ___ Employment Law                   ___ Real Estate
    ___ Family(Custody/Visitation)       ___ Family (Property/Debt)
    ___ Other (Please Specify)

6. Date Suite Filed:                     7. Date of Incident:

    _____                         _____

8. Discovery:
    ___ Complete                         ___ Substantially Complete
    ___ Not Started                      ___ Other

9. Settlement Negotiations Initiated:
    Plaintiff's Last Demand/Offer: _____
    Defendant's Last Demand/Offer: _____

10. <u>Attorneys of Record:</u>

Pltf. Atty: _____           Dfndt. Atty: _____
Firm Name: _____            Firm Name: _____
Address: _____              Address: _____
City: _____                 City: _____
State & Zip: _____          City & State: _____
Phone No.: _____            Phone No.: _____
Fax No.: _____              Fax No.: _____
Name of Party: _____        Name of Party: _____

Other Atty: _____           Other. Atty: _____
Firm Name: _____            Firm Name: _____
Address: _____              Address: _____
City: _____                 City: _____
State & Zip: _____          City & State: _____
Phone No.: _____            Phone No.: _____
Fax No.: _____               Fax No.: _____
Name of Party: _____        Name of Party: _____

11. Name of Insurance Carriers, if any:

12. Please select the best three times for Mediation:

| | | | |
|---|---|---|---|
| ___ Mon. Feb 23 | ___ 8 a.m.-11 a.m. | ___ 11 a.m.-2 p.m. | ___ 2 pm- 5 pm |
| ___ Tues. Feb 24 | ___ 8 a.m.-11 a.m. | ___ 11 a.m.-2 p.m. | ___ 2 pm- 5 pm |
| ___ Wed. Feb 25 | ___ 8 a.m.-11 a.m. | ___ 11 a.m.-2 p.m. | ___ 2 pm- 5 pm |
| ___ Thurs. Feb 26 | ___ 8 a.m.-11 a.m. | ___ 11 a.m.-2 p.m. | ___ 2 pm- 5 pm |
| ___ Fri. Feb 27 | ___ 8 a.m.-11 a.m. | ___ 11 a.m.-2 p.m. | ___ 2 pm- 5 pm |

14. **CERTIFICATE OF CONFERENCE**

On the _____ day of _____, 2004, all counsel of record in the above-styled and numbered cause have agreed to submit this case Cameron County Settlement Week. Furthermore, the attorneys of record certify to the Court that all parties concur with the two alternate dates and time selected during this week.

_____         _____
Plaintiff's Attorney                                         Defendant's Attorney

_____         _____
Typed Name                                                    Typed Name

_____         _____
Plaintiff's Attorney                                         Defendant's Attorney

_____         _____
Typed Name                                                    Typed Name

14. **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Settlement Week Data Information Sheet has been served upon all counsel of record on the _____ day of _____,2004, in compliance with the Texas Rules of Civil Procedure.

_____         _____
Submitting Attorney                                       Typed Name

15. **SUMMARY OF CASE:**　　(Attach another sheet if necessary)

## VOLUNTEER MEDIATOR DATA SHEET

The Cameron County Settlement Week is scheduled for the week of **February 23-27, 2004.** If you are interested in participating as a mediator please fill out the data sheet below and mail to the following address as soon as possible:

>Cameron County Settlement Week
>P.O. Box 333
>Harlingen, Texas 78551

NAME:_____

PHONE:_____FAX:_____

ADDRESS:_____

CITY, STATE, ZIP_____

DATE LICENSED IN TEXAS:_____

Please indicate below if you have participated in any of the following mediation training:

_____    I am NOT an attorney, but have attained the following training:
_____    I AM a licensed attorney, and have attained the following training:
_____    40 hour, certified as mediator    _____ 8 hour mediation training course
_____    4 hour Settlement Orientation    _____ Other mediation related course
_____    I will attend this year Settlement Orientation

(Below, please specify the date, location, and title of each seminar attended).

**PLEASE INDICATE THE DATES AND TIMES YOU WILL BE AVAILABLE TO MEDIATE CASES:**

___ Mon. Feb. 23    ___ 8 a.m.-11 a.m.    ___ 11 a.m.-2 p.m.    ___ 2 pm- 5 pm

___ Tues. Feb. 24   ___ 8 a.m.-11 a.m.    ___ 11 a.m.-2 p.m.    ___ 2 pm- 5 pm

___ Wed. Feb. 25    ___ 8 a.m.-11 a.m.    ___ 11 a.m.-2 p.m.    ___ 2 pm- 5 pm

___ Thurs. Feb. 26  ___ 8 a.m.-11 a.m.    ___ 11 a.m.-2 p.m.    ___ 2 pm- 5 pm

___ Fri. Feb. 27    ___ 8 a.m.-11 a.m.    ___ 11 a.m.-2 p.m.    ___ 2 pm- 5 pm

# VOLUNTEER MEDIATOR DATA SHEET

The Cameron County Settlement Week is scheduled for the week of **February 23-27, 2004.** If you are interested in participating as a mediator please fill out the data sheet below and mail to the following address as soon as possible:

       Cameron County Settlement Week
       P.O. Box 333
       Harlingen, Texas 78551

NAME:_____

PHONE:_____FAX:_____

ADDRESS:_____

CITY, STATE, ZIP_____

DATE LICENSED IN TEXAS:_____

Please indicate below if you have participated in any of the following mediation training:

_____ I am NOT an attorney, but have attained the following training:
_____ I AM a licensed attorney, and have attained the following training:
_____ 40 hour, certified as mediator    _____ 8 hour mediation training course
_____ 4 hour Settlement Orientation    _____ Other mediation related course
_____ I will attend this year Settlement Orientation
(Below, please specify the date, location, and title of each seminar attended).

**PLEASE INDICATE THE DATES AND TIMES YOU WILL BE AVAILABLE TO MEDIATE CASES:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ___ | Mon. Feb. 23 | ___ | 8 a.m.-11 a.m. | ___ | 11 a.m.-2 p.m. | ___ | 2 pm- 5 pm |
| ___ | Tues. Feb. 24 | ___ | 8 a.m.-11 a.m. | ___ | 11 a.m.-2 p.m. | ___ | 2 pm- 5 pm |
| ___ | Wed. Feb. 25 | ___ | 8 a.m.-11 a.m. | ___ | 11 a.m.-2 p.m. | ___ | 2 pm- 5 pm |
| ___ | Thurs. Feb. 26 | ___ | 8 a.m.-11 a.m. | ___ | 11 a.m.-2 p.m. | ___ | 2 pm- 5 pm |
| ___ | Fri. Feb. 27 | ___ | 8 a.m.-11 a.m. | ___ | 11 a.m.-2 p.m. | ___ | 2 pm- 5 pm |