# Felix Recio, Judge Presiding
## Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

MAR - 1 2004

Michael N. Milby
Clerk of Court

Date:   March 01, 2004 at 8:40 a.m.-11:40 a.m.

---

## C.A. NO. B-01-105  (HGT)

---

| | | |
|---|---|---|
| Rosalinda Salazar and | * | Albert Villegas |
| Jesus Silva Salazar | * | |
| vs | * | |
| Basilio Gomez Sr. et al | * | Richard Espey |
| | | Frank Wood |

---

## MEDIATION MINUTES

Attorney Albert Villegas present on behalf of Plaintiffs Rosalinda Salazar and Jesus Silva Salazar; Plaintiff Jesus Silva Salazar present;

Present for the Defendants are as follows:
  Attorneys Richard Espey and Frank Wood present with Basilio Gomez Sr., Basilio Gomez Jr., and Luis Gomez;
  Insurance Adjuster Dwayne Ellis present;

Mediation held ;

Case did not settled.