73

T:\19000 - 99999\20000-49999\41300.0005\motions-orders\mtn.continuance.opposed.doc
March 11, 2004/RWE/CET

**United States District Court**
**Southern District of Texas**
**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAR 1 2 2004

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | C.A. NO. B 01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO, | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

## DEFENDANT, BASILIO GOMEZ, SR.'S OPPOSED
## SECOND MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his

attorneys, and submits this his Second Opposed Motion for Continuance, and, in support thereof,

would respectfully show this Court the following:

### I.
### Introduction

The Court has ordered the case scheduled for jury selection on Monday, April 5, 2004 at

9:00 p.m. pursuant to the Order received by Richard W. Espey, the Attorney-in-Charge for

Defendant Gomez on Wednesday, February 23, 2004. *See* Order, entered February 20, 2004.

Attorney-in-Charge Richard W. Espey had previously been ordered to jury trial in Bexar County,

Texas on Monday, April 5, 2004 at 8:30 a.m. in Cause No. 2002-CI-00178, *John A. Adams et al. v.*

*YMCA of San Antonio* pursuant to the Notice of Jury Trial Setting signed on October 27, 2003. *See*

Notice of Jury Trial Setting, which is attached hereto and incorporated herein as Exhibit A.

However, Defendant moved for continuance in that matter, and the same has been continued until

June 14, 2004. *See* Order Granting Continuance, which is attached hereto and incorporated herein as Exhibit B.

While Attorney-in-Charge Richard W. Espey was previously ordered to jury trial in Galveston, Texas, on Monday, March 8, 2004 at 1:30 p.m. in Cause No. 50401, *Alana Bowman and Nolen Bowman v. Wyeth and John Dang, M.D.*, Galveston County Court at Law No. 1 Judge Mary Nell Crapitto has ordered that testimony will not commence until Monday, March 29, 2004 at 10:00 a.m. and that trial is expected to last 3-4 weeks. *See* Correspondence from Judge Mary Nell Crapitto, which is attached hereto and incorporated herein as Exhibit C.

## II.
## Argument

The court has the discretion to grant a motion for continuance as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner. *U.S. v. Waldman*, 579 F.2d 649, 653 (1st. Cir. 1978). Defendant Gomez' Attorney-in-Charge Richard W. Espey, will be unavailable for the jury selection scheduled April 5, 2004 because of a trial setting that has been moved by order of the Galveston County Court at Law No. 1 Judge Mary Nell Crapitto. *See* Correspondence from Judge Mary Nell Crapitto; Notice of Jury Trial Setting. Attorney-in-Charge Richard W. Espey is necessary to Defendant Gomez' case because he is the only attorney admitted to the Southern District of Texas that is familiar with Defendant Gomez' case. Another attorney in the same firm cannot handle the case because another attorney is not sufficiently informed of the facts and pertinent law to conduct trial by himself or herself on such short notice. *See, e.g., Smith-Weik Mach. Corp. v. Murdock Mach. & Eng'g Co.*, 423 F.2d 842, 844 (5th Cir. 1970) (local counsel was not sufficiently well informed about facts and pertinent law to conduct trial by himself on such short notice). Further, Attorney-in-Charge Richard W. Espey has been hired specifically to handle this case. The lack of an attorney is not Defendant Gomez' fault

because Defendant Gomez was not aware that Attorney-in-Charge Richard W. Espey would have a      conflicting jury trial setting.

This request is not for delay only, but so that justice may be done.

### III.
### Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant his Opposed Second Motion for Continuance; and for any and all other relief, general and special, at law or at equity, to which Defendant may be justly entitled.

Respectfully,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By:_____
     RICHARD W. ESPEY
     Attorney-in-Charge
     State Bar No. 06667580
     Southern District Admission No. 32158

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

### DECLARATION UNDER PENALTY OF PERJURY

State of Texas                              §
County of Bexar                             §

"I declare under penalty of perjury that he foregoing is true and correct."

EXECUTED ON _____March 12, 2004.

_____
RICHARD W. ESPEY

- 3 -

## **CERTIFICATE OF CONFERENCE**

Defendant has conferred with the respondent and counsel cannot agree about the disposition of the motion.

_____
RICHARD W. ESPEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of March, 2004 a true and correct copy of the foregoing was forwarded by facsimile transmission and/or regular mail and/or certified mail, return receipt requested, and/or hand-delivery to the following:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

RICHARD W. ESPEY



JRC
DCS

**OFFICE OF CIVIL JURY ASSIGNMENT CLERK**
BEXAR COUNTY COURTHOUSE—ROOM 422
SAN ANTONIO, TEXAS 78205
(210) 335-2520

October 27, 2003

## NOTICE OF JURY TRIAL SETTING

RICHARD ESPEY
Attorney at Law
755 E MULBERRY AVE 500
SAN ANTONIO, TX 78212-3149

RE: JOHN A ADAMS ET AL VS. YMCA OF SAN ANTONIO ET AL
Cause No: 2002-CI-00178

The above-styled and -numbered cause is set for
trial **ON THE MERITS** on the  5th day of April, 2004
at  8:30 AM in the  45th District Court.  Failure to
appear may result in default or dismissal for want of
prosecution.

All parties shall deliver Motions in  Limine,
Motions to Realign Parties or Equalize Peremptory Strikes,
and a Proposed Jury Charge to all other parties by Noon on
the last business day prior to the above-referenced trial
date.  In accordance with Local Rule 3.8, parties shall
confer regarding the foregoing matters prior to assignment
to a court for jury trial.

In the event the trial is expected to last ten (10)
working days or longer, it is strongly suggested that a
Rule 166 Pretrial Motion be heard at least sixty (60) days
before the above-referenced setting date.  Local Rule 3.8
will again apply to this Pretrial Motion to be heard in the
Monitoring Court at the request of either party.

This cause is also set on the ADR docket on the
                                    in the        District
Court, Bexar County Courthouse.  You do not have to appear if an
Agreed Order of Referral for Mediation is Provided to the ADR
Coordinator three (3) days prior to the setting.  Otherwise,
failure to appear as noticed may result in court selecting a
mediator and allocating mediator fees between the parties.

**BARBARA NELLERMOE**

**JURY MONITORING JUDGE**

CC:    RICHARD ESPEY
       THOMAS KEMMY

**RECEIVED**

OCT 3 0 2003

Davis, Cedillo & Mendoza Inc



CALENDARED

38300.0002

J:\rwe\38300002\orders\continuance.2.doc
08/4/03/RWE/mam/cmc

CAUSE NO. 2002-CI-00178

| | | |
|---|---|---|
| JOHN A. ADAMS and JANE A. ADAMS, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY, and As Next Friends | § | |
| of ADAM ADAMS, a Minor | § | |
| | § | |
| vs. | § | 150TH JUDICIAL DISTRICT |
| | § | |
| YMCA OF SAN ANTONIO d/b/a | § | |
| YMCA OF SAN ANTONIO | § | |
| and the HILL COUNTRY | § | BEXAR COUNTY, TEXAS |

## ORDER GRANTING CONTINUANCE

On this day came on to be heard Defendant's Motion for Continuance in the above-entitled and numbered cause and came the parties, by and through their attorneys of record, and the Court, after considering said motion, is of the opinion that the motion should be granted and that the above captioned matter should be removed from the April 5, 2004 trial docket.

It is, therefore, ORDERED, ADJUDGED and DECREED that the above captioned matter be removed from the April 5, 2004 trial docket and be **specially set** for _June 14, 2004_.

As a result, the deadline for Plaintiffs' to serve Defendant's counsel with Plaintiffs Trial Exhibit List is now _MAY 15, 2004_.

The deadline for Defendant to serve Plaintiffs' counsel with Defendant's Trial Exhibit List is now _MAY 22, 2004_.

The deadline for the parties to complete discovery is _MAY 15, 2004_

Otherwise, the prior docket control order is unchanged.

SIGNED and ORDERED ENTERED this _10th_ day of _March_, 2004.

_[signature]_
JUDGE PRESIDING

**EXHIBIT**

tabbies'

B

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

LAW OFFICE OF THOMAS G. KEMMY
322 W. Woodlawn Ave.
San Antonio, Texas  78212
Telephone No:  (210) 735-2233
Telecopier No: (210) 736-9025


By:_____
    THOMAS G. KEMMY
    State Bar No. 11254600


PAT MALONEY, JR.
State Bar No. 12887300
239 E. Commerce St.
San Antonio, Texas  78205
Telephone No:  (210) 226-5125
Telecopier No: (210) 222-8477

ATTORNEYS FOR PLAINTIFFS


DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212-3149
Telephone No:  (210) 822-6666
Telecopier No:  (210) 822-1151


By:_____
    RICHARD W. ESPEY
    State Bar No. 06667580

ATTORNEYS FOR DEFENDANT

2



MONICA GRACIA
Court Cordinator

CONNIE CHAN
Official Court Reporter

# MARY NELL CRAPITTO
Judge

## COUNTY COURT AT LAW No.1
### GALVESTON COUNTY

COUNTY COURTHOUSE
722 MOODY, SUITE 301
GALVESTON, TEXAS 77550
(409) 766-2233
FAX: (409) 765-2641

March 4, 2004

D. Ferguson McNeil        Stephen R. Lewis        G. Sean Jez
Fax: 713-758-2346         Fax: 762-4606           Fax: 713-621-9638

Paul H. Lavalle           Philip A. Sellers
Fax: 945-2310             Fax: 713-963-0544

    Re; Cause No. 50,401; Alana Bowman and Nolen Bowman vs. Wyeth and John
Dang, M.D.

Dear Counsel:

    Defendant's <u>Motion for Continuance</u> is denied; however, testimony will not
commence until Monday, March 29, 2004 at 10:00 a.m. in County Court No. One.

    Defendant's <u>Motion to Quash</u> is denied.

    Pre Trial Motions will continue Monday morning, March 8th, at 9:30 a.m. in
County Court No. One. Voir Dire will begin Monday afternoon at 1:30 p.m. in the Jury
Assembly room. Questionnaires will be passed out at this time, and a panel of 80
prospective jurors is being called for. (Attorneys need to provide 40 writing utensils per
side.)
    Individual voir dire will begin Wednesday morning, March 10, 2004 at 10:00 a.m.
in the Jury Assembly Room.

    The <u>Motions in Limine</u> rulings that were taken under advisement will be faxed to
you on or before Friday, March 5[th, at] 3:00 p.m.

        Sincerely,

        Mary Nell Crapitto

**EXHIBIT**

C

FROM                    3-04-2004 8:57AM

P. 1