T:\19000 - 99999\20000-49999\41300.0005\motions-orders\mtn.continuance.opposed.advisory.doc
March 15, 2004/RWE/CET

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | C.A. NO. B 01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO, | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

## ADVISORY REGARDING
## DEFENDANT, BASILIO GOMEZ, SR.'S OPPOSED
## SECOND MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his attorneys, and submits this his Advisory Regarding Defendant, Basilio Gomez, Sr.'s Opposed Second Motion for Continuance, and, in support thereof, would respectfully show this Court the following:

### I.
### Advisory

Defendant Gomez filed Defendant, Basilio Gomez, Sr.'s Opposed Second Motion for Continuance (the "Motion") on Friday, March 12, 2004. However, since filing the Motion, Defendant Gomez has been informed by counsel for Plaintiffs that Plaintiffs do not oppose the Motion.

## II.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant his Opposed Second Motion for Continuance; and for any and all other relief, general and special, at law or at equity, to which Defendant may be justly entitled.

Respectfully,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: *Richard W. Espey by Henry B. Gonzalez III*
RICHARD W. ESPEY
Attorney-in-Charge
State Bar No. 06667580
Southern District Admission No. 32158

SBOT 0079495
SDA 20760
(w/ permission)

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

## CERTIFICATE OF CONFERENCE

LR7.2 of the Local Rules for the Southern District of Texas does not require a certificate of conference for an unopposed motion. Nevertheless, Defendant's counsel has conferred with counsel for the Plaintiffs, and Plaintiffs have no opposition to this Motion.

RICHARD W. ESPEY
Henry B. Gonzalez III

## CERTIFICATE OF SERVICE

I hereby certify that on this the _16th_ day of March, 2004 a true and correct copy of the foregoing was forwarded by facsimile transmission and/or regular mail and/or certified mail, return receipt requested, and/or hand-delivery to the following:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY
Henry B. Gonzalez III