

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **Rosalinda Salazar and** | § | |
| **Jesus Silva Salazar,** | § | |
| | § | |
| **Plainitffs,** | § | |
| | § | |
| v. | § | Civil Action No. B-01-105 |
| | § | |
| **Basilo Gomez, Sr.,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER DENYING CONTINUANCE

BE IT REMEMBERED that on March 17, 2004, the Court **DENIED** Defendant's second motion for continuance [Dkt. No. 73], despite the fact that Plaintiff does not oppose the continuance.

This case has been on file nearly three years; it has dragged on long enough. The Court is mindful of Mr. Espey's conflicting trial setting in County Court of Law No. 1, Galveston County. To accommodate him, the Court will allow an associate of Mr. Espey's to attend the Final Pretrial Conference on April 1, 2004, at 1:30 p.m. Moreover, the Court will conduct jury selection in this matter on the morning of April 5, 2004, and Mr. Espey may either send an associate to jury selection or secure a means by which he can attend jury selection. Lastly, to ensure Mr. Espey can attend trial, the Court will schedule this trial to commence during the last week of April 2004, after Mr. Espy concludes the trial in Galveston County.

DONE at Brownsville, Texas, this 17th day of March 2004.

Hilda G. Tagle
United States District Judge