T:\19000 - 99999\20000-49999\41300 0005\motions-orders\msj.mtn.leave opposed.doc

United States District Court
Southern District of Texas
FILED

MAR 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | C.A. NO. B 01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO, | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

**DEFENDANT, BASILIO GOMEZ, SR.'S OPPOSED MOTION FOR LEAVE TO FILE DEFENDANT, BASILIO GOMEZ, SR.'S MOTION TO RECONSIDER DEFENDANT, BASILIO GOMEZ, SR.'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his attorneys, and submits this his Opposed Motion for Leave to File Defendant, Basilio Gomez, Sr.'s Motion to Reconsider Defendant, Basilio Gomez, Sr.'s Motion for Summary Judgment, and, in support thereof, would respectfully show this Court the following:

**I.**
**Introduction**

On January 30, 2003, Defendant Gomez filed his Motion for Summary Judgment ("Defendant Gomez' Motion"). *See* Defendant Gomez' Motion. In turn, Plaintiffs filed their Response to Defendant Gomez Motion for Summary Judgment ("Plaintiffs' Response"). *See* Plaintiffs' Response. Subsequently, on April 9, 2003, the parties entered into a Settlement Agreement and as a result, the Court mooted all pending motions until such time as the settlement is concluded. *See* Settlement Agreement; Order, dated May 12, 2003.

After the Court was notified that the parties had not been able to conclude the settlement reached on April 9, 2003, the Court ordered that Defendant Gomez' Motion was no longer moot and was pending and ordered the final pretrial conference to take place on March 4, 2004 and the jury selection to take place on March 8, 2004. *See* Order, dated February 9, 2004. On February 10, 2004, the Court granted in part and denied in part Defendant Gomez' Motion. *See* Memorandum and Order, dated February 10, 2004.

On February 19, 2004, the Court continued the matter pursuant to Defendant, Basilio Gomez, Sr.'s Unopposed Motion for Continuance, and ordered that the final pretrial conference will be held on April 1, 2004 and that jury selection will take place on April 5, 2004. *See* Order Continuing Trial, dated February 19, 2004. On March 17, 2004, the Court denied Defendant, Basilio Gomez, Sr.'s Second Motion for Continuance, and thus, the final pretrial conference remains scheduled for April 1, 2004. *See* Order Denying Continuance, dated March 17, 2004.

## II.
## Arguments and Authorities

Unless otherwise indicated in the Scheduling Order, non-dispositive motions must be filed at least forty-five days before the date set for final pretrial conference. JUDGE HILDA G. TAGLE, CIVIL PROCEDURES 5(B) (2002). Any motion, response, or reply filed after the time limits contained in the Civil Procedures must be accompanied by a motion for leave to file that explains why the document was not timely filed. JUDGE HILDA G. TAGLE, CIVIL PROCEDURES 5(F) (2002). The Court will only grant a motion for leave to file a motion, response or reply late if good cause is shown. *Id.* A motion, response or reply filed late, and not accompanied by a motion for leave will be stricken. *Id.*

When the Court first ordered that Defendant Gomez' Motion was granted in part and denied in part, the final pretrial conference was scheduled only twenty-four days away, which

would have made any motion to reconsider the same untimely. Likewise, when the Court reset the final pretrial conference to take place on April 1, 2004, it was only forty-two days away, which would have also made any motion to reconsider the same untimely.

Defendant Gomez is filing his Motion for Leave to File Defendant, Basilio Gomez, Sr.'s Motion to Reconsider Defendant, Basilio Gomez, Sr.'s Motion for Summary Judgment only twenty-five days after the Order setting the final-pre-trial conference, and two-days after the Order Denying the Continuance was signed. *See* Order, dated February 19, 2004; Order Denying Continuance, dated March 17, 2004.

Moreover, Rule 56(a) and (b) of the Federal Rules of Civil Procedure state that "[a] party . . . may, *at any time*,...move...for a summary judgment in his favor.." *See* FED. R. CIV. P. 56; *Utility Control Corp v. Prince William Const. Co., Inc.*, 558 F.2d 716, 719 (4th Cir. 1977)(noting that in rare cases, summary judgment should be granted on a motion after the trial begins). The reason stems from Rule 56's purpose to avoid useless trials where material facts are not disputed and the law points unerringly to the conclusion that one of the parties is entitled to judgment as a matter of law. *See id.* In this case, Defendant Gomez is only requesting that the Court reconsider Defendant, Basilio Gomez, Sr.'s Motion for Summary Judgment to avoiding trial time on material facts that are not in dispute.

### III.
### Conclusion

Good cause exists for allowing Defendant Gomez to file his Motion to Reconsider Defendant, Basilio Gomez, Sr.'s Motion for Summary Judgment as it has been only twenty-five days since the Order setting the final-pre-trial conference was signed, and two-days after the Order Denying the Continuance was signed. Additionally, Defendant Gomez is only requesting that the

Court reconsider Defendant, Basilio Gomez, Sr.'s Motion for Summary Judgment to avoiding trial time on material facts that are not in dispute.

## IV.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant Gomez prays that Defendant, Basilio Gomez, Sr.'s Opposed Motion for Leave to File Defendant, Basilio Gomez, Sr.'s Motion to Reconsider Defendant, Basilio Gomez, Sr.'s Motion for Summary Judgment will be granted; and that Defendant Gomez obtains any and other relief to which it is entitled.

Respectfully,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
RICHARD W. ESPEY   SD 31203
State Bar No. 06667580   Tex Bar 24053407
Federal Bar No. 32158

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

### Certificate of Conference

Defendant has conferred with the respondent and counsel cannot agree about the disposition of the motion.

_____
RICHARD W. ESPEY

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has this the 19th day of March, 2004, been forwarded via certified mail, return receipt requested, hand-delivery and/or telecopier to the following:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY