T:\19000 - 99999\20000-49999\41300.0005\motions-orders\settlement.advisory.doc
March 24, 2004/RWE/CET

United States District Court
Southern District of Texas
FILED

MAR 2 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND | § | |
| JESUS SILVA SALAZAR | § | |
| | § | |
| VS. | § | C.A. NO. B 01 105 |
| | § | |
| BASILIO GOMEZ SR., CITY OF | § | |
| BROWNSVILLE AND CARLOS ZAMORRANO, | § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN | § | |
| MASCORRO, AND REY LOPEZ | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITY AS EMPLOYEES | § | |
| FOR CITY OF BROWNSVILLE | § | |

**FIRST SUPPLEMENTAL ADVISORY REGARDING
DEFENDANT, BASILIO GOMEZ, SR.'S OPPOSED
SECOND MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his attorneys, and submits this his First Supplemental Advisory Regarding Defendant, Basilio Gomez, Sr.'s Opposed Second Motion for Continuance, and, in support thereof, would respectfully show this Court the following:

## I.
### Advisory

Defendant Gomez filed Defendant, Basilio Gomez, Sr.'s Opposed Second Motion for Continuance (the "Motion") on Friday, March 12, 2004 because of a conflicting trial setting in Galveston County Court at Law No. 1, Cause No. 50401, *Alana Bowman and Nolen Bowman v. Wyeth and John Dang, M.D. See* Motion. In the Order Denying Continuance, the Court denied the Motion, but provided that "to ensure Mr. Espey can attend trial, the Court will schedule trial to commence during the last week of April 2004, after Mr. Espey concludes the trial in Galveston

County, Texas." The purpose of this Advisory is to advise the Court that Cause No. 50401, *Alana Bowman and Nolen Bowman v. Wyeth and John Dang, M.D.* settled on March 23, 2004. Therefore Mr. Espey is available to attend trial for this matter at the Court's convenience

## II.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant any and all other relief, general and special, at law or at equity, to which Defendant may be justly entitled.

Respectfully,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _Rick Espy by Henry Gonzaba_
RICHARD W. ESPEY
Attorney-in-Charge
State Bar No. 06667580
Southern District Admission No. 32158

SBOT 08799557
SDA: 20760

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

## CERTIFICATE OF CONFERENCE

LR7.2 of the Local Rules for the Southern District of Texas does not require a certificate of conference for an unopposed motion.

_____
RICHARD W. ESPEY

_Henry B. Gonzaba III_

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25 day of March, 2004 a true and correct copy of the foregoing was forwarded by facsimile transmission and/or regular mail and/or certified mail, return receipt requested, and/or hand-delivery to the following:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY