IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROSALINDA SALAZAR AND<br>JESUS SILVA SALAZAR | § § § | |
| VS. | § § | C.A. NO. B 01 105 |
| BASILIO GOMEZ, SR., CITY OF<br>BROWNSVILLE AND CARLOS ZAMORRANO,<br>ARNOLD GALVAN, OSCAR LARA, ADRIAN<br>MASCORRO, AND REY LOPEZ<br>INDIVIDUALLY AND IN THEIR OFFICIAL<br>CAPACITY AS EMPLOYEES<br>FOR CITY OF BROWNSVILLE | § § § § § § § § | |

### DEFENDANT, BASILIO GOMEZ, SR.'S
### FIRST SUPPLEMENTAL MOTION IN LIMINE

TO THE HONORABLE JUDGE OF SAID COURT:

Before the voir dire examination of the jury panel, Defendant, Basilio Gomez, Sr., makes this First Supplemental Motion in Limine. Defendant seeks to exclude matters that are inadmissible, irrelevant, or prejudicial to the material issues in this case. If Plaintiffs, Rosalinda Salazar and Jesus Silva Salazar, inject these matters into the trial of this case through a party, an attorney, or a witness, Plaintiffs will cause irreparable harm to Defendant's case, which no jury instruction would cure. If any of these matters are brought directly or indirectly to the attention of the jury, Defendant would be compelled to move for a mistrial. In an effort to avoid prejudice and a possible mistrial, Defendant urges this motion in limine.

### A. Grounds

In addition to the grounds already listed in Defendant, Basilio Gomez, Sr.'s Motion in Limine, Defendant asks the Court to prohibit Plaintiffs from offering any of the following evidence without first asking for a ruling from the Court, outside the jury's presence, on the admissibility of the evidence.

17. Any evidence, statement, argument, inference or suggestion that Defendant Basilio Gomez, Sr. and/or 77 Flea Market does not have the legal right to use the easement located near where the incident occurred. There has been a previous judicial adjudication in which it was concluded that Defendant has a legal right to the easement. Further, there are no claims or issues plead in this litigation regarding the legal right of Defendant to use the easement.

### B. Prayer

For these reasons, Defendant asks the Court to instruct Plaintiffs and all counsel not to mention, refer to, interrogate about, or attempt to convey to the jury in any manner, either directly or indirectly, any of these matters without first obtaining the permission of the Court, outside the presence and hearing of the jury, and to instruct Plaintiffs and all counsel to warn and caution each of their witnesses to follow the same instructions.

Respectfully,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
RICHARD W. ESPEY
Attorney-in-Charge
State Bar No. 06667580
Southern District Admission No. 32158

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Defendant, Basilio Gomez, Sr.'s First Supplemental Motion in Limine was hand delivered in Open Court on 1st day of April, 2004.

Mr. Albert Villegas
Villegas Law Firm
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY