T \19000 - 99999\20000-49999\41300 0005\motions-orders\objections pltfs exhibits 2004 doc
03/30/04/RWE/cmc/rlc

United States District Court
Southern District of Texas
FILED

APR 0 1 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR AND § <br> JESUS SILVA SALAZAR § <br> § <br> VS. § <br> § <br> BASILIO GOMEZ SR., CITY OF § <br> BROWNSVILLE AND CARLOS ZAMORRANO, § <br> ARNOLD GALVAN, OSCAR LARA, ADRIAN § <br> MASCORRO, AND REY LOPEZ § <br> INDIVIDUALLY AND IN THEIR OFFICIAL § <br> CAPACITY AS EMPLOYEES § <br> FOR CITY OF BROWNSVILLE § | C.A. NO. B 01 105 |

## DEFENDANT, BASILIO GOMEZ, SR.'S OBJECTIONS TO PLAINTIFFS' EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Basilio Gomez, Sr. ("Defendant Gomez"), by and through his attorneys, and submits this his Objections to Plaintiffs' Exhibits as follows:

| Exhibit No. | Description | Objection |
|---|---|---|
| 1 | Medical Records of Plaintiff Jesus Silva Salazar | Defendant objects on the basis that Plaintiffs do not refer to the specific medical records Plaintiffs intend to introduce at trial.<br><br>Defendant objects to the admissibility of any medical records which have not been previously produced to Defendant.<br><br>Defendant objects to the admissibility of any medical records on the basis of hearsay unless those records have been properly proven up in accordance with Rule 803 of the Federal Rules of Evidence.<br><br>Defendant objects to the admissibility of the medical records to the extent that the medical records may contain information not relevant to the issues and controversy. |

| *Exhibit No.* | *Description* | *Objection* |
|---|---|---|
| | | Defendant objects to the admissibility of medical records on the basis that Plaintiffs failed to serve and file Pretrial Disclosures as required by the Local Rules. |
| 2 | Videotape of Scene of Incident | |
| 3 | Tax Returns of Plaintiff | Defendant objects to the admissibility of the tax returns of the Plaintiffs on the basis that Plaintiffs failed to serve and file Pretrial Disclosures as required by the Local Rules. |
| 4 | Court Records of Plaintiffs | Defendant objects to the introduction of partial court records regarding the *State of Texas v. Jesus Silva* arising out of the incident in question as such records fail to reveal the plea agreement in which Jesus Silva was sentenced on a Class "A" assault in Cause No. 00-CCR-6918C. |
| 5 | Photographs of Scene and Flea Market | Defendant objects to the admissibility of photographs of the Flea Market to the extent that such photographs may depict scenes or subject matter irrelevant to the issues in question. |
| 6 | Videotapes of Flea Market and Surrounding Area | Defendant objects to the admissibility of videotapes of the Flea Market and surrounding area to the extent that such videotapes may depict scenes or subject matter irrelevant to the issues in question |
| 7 | Statements of Off Duty Officers | |

Respectfully submitted,

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
RICHARD W. ESPEY
Attorney-in-Charge
State Bar No. 06667580
Southern District Admission No. 32158

ATTORNEYS FOR DEFENDANT,
BASILIO GOMEZ, SR.

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Defendant Basilio Gomez, Sr.'s Objections to Plaintiffs' Exhibits was hand delivered in Open Court on April 1ST, 2004, to:

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 East 7th Street
Brownsville, Texas 78250
ATTORNEYS FOR PLAINTIFFS

Mr. Ruben Pena
Attorney at Law
222 W. Harrison Street
Harlingen, Texas 78550
ATTORNEYS FOR PLAINTIFFS

_____
RICHARD W. ESPEY

3