# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas        ☐ Levesque |

United States District Court
Southern District of Texas
FILED

APR 0 1 2004

Michael N. Milby, Clerk of Court

| DATE | 04 | 01 | 04 |
|---|---|---|---|

| TIME | | a.m. | | a.m. |
|---|---|---|---|---|
| | 2:17 - 2:26 | p.m. | 4:15 - 5:35 | p.m. |

| CIVIL ACTION | B | 01 | 105 |
|---|---|---|---|

| STYLE | Rosalinda Salazar and Jesus Salazar |
|---|---|
| | *versus* |
| | Basilio Gomez, Sr. |

## DOCKET ENTRY

(HGT) ■ Docket Call/Final Pretrial Conference;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Albert Villegas

Attorney(s) for Defendant(s):  Richard Espey and Frank Wood (for Defendant Gomez)

1.  The parties announced ready for trial.  The Court has requested a jury panel to report on April 27, 2004 at 9:00 a.m. for jury selection and evidence will commence thereafter. Plaintiff intends to call 10-12 witnesses.  Defendant will be calling the same witnesses named by Plaintiff.

2.  The Court heard arguments on defendant's motion in limine.

3.  Plaintiff explained his damages theories and explained what evidence would support the damages sought.

4.  Defendant argued that there was no evidence to support damages because Plaintiff had not properly designated damage witnesses.

5.  The Court ordered Plaintiff to respond to the motion for reconsideration of summary judgment by April 8, 2004.  The Court will file a written order promptly.