IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 6 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSALINDA SALAZAR AND § | |
| JESUS SILVA SALAZAR § | |
| § | |
| vs § | C.A. NO. B01 105 |
| § | |
| BASILIO GOMEZ SR., CITY OF § | |
| BROWNSVILLE AND CARLOS ZAMORRANO § | |
| ARNOLD GALVAN, OSCAR LARA, ADRIAN § | |
| MASCORRO, AND REY LOPEZ INDIVIDUALLY § | |
| AND IN THEIR OFFICIAL CAPACITY § | |
| AS EMPLOYEES § | |
| FOR CITY OF BROWNSVILLE § | |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Comes now ROSALINDA SALAZAR AND JESUS SILVA SALAZAR, Plaintiffs herein, and files this their Unopposed Motion For Extension of Time to File Response to Moion for Summary Judgment and would show the following:

I

Plaintiffs were Ordered to respond to the Motion for Summary Judgment on or before April 7, 2004. Plaintiffs' counsel asks the Court to extend time to respond to April 12, 2004. Plaintiffs' counsel would show the Court that he commenced a bench trial in County Court at Law no 2, before the Hon. Judge Lopez on Monday April 5, 2004 and such is expected to continue to at least Wednesday and possibly Thursday. In addition, Counsel appeared before the Hon. Judge Hanen in cause no B 03 903, USA v. Ramirez etal., on Monday afternoon, the 5th of April, 2004, for a hearing on a Motion for New Trial. The weekend of the 3rd and 4th of April was used to prepare for these matters.

Wherefore Plaintiffs pray that the Court grant this Unopposed Motion for Extension of Time to file their Response to Defendant's Motion for Summary Judgment to April 12, 2004.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY IN CHARGE FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 6th day of April, 2004 via regular mail and fax.



_____
ALBERT VILLEGAS

CERTIFICATE OF CONFERENCE

I hereby certify on the 6th day of April, 2004, that I conferred with Catherine Till, associate counsel for Defendant Gomez who advised me, after consulting with lead counsel, that she had no opposition to the Court granting this Motion.

_____
ALBERT VILLEGAS