United States District Court
Southern District of Texas
ENTERED

APR 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSALINDA SALAZAR AND JESUS SILVA SALAZAR § § § | |
| vs § | C.A. NO. B01 105 |
| BASILIO GOMEZ SR., CITY OF BROWNSVILLE AND CARLOS ZAMORRANO ARNOLD GALVAN, OSCAR LARA, ADRIAN MASCORRO, AND REY LOPEZ INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS EMPLOYEES FOR CITY OF BROWNSVILLE § § § § § § § § | |

## ORDER

On this day, came on to be considered Plaintiffs' Unopposed Motion for Extension of Time to File their Response to Motion For Summary Judgment and the Court after considering same, noting it is unopposed, is of the opinion this Motion should be granted as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Extension of Time to File their Response to Defendant's Motion for Summary Judgment is GRANTED and further Orders the Plaintiffs to file its response on or before April 12, 2004.

Signed this 13th day of April, 2004.

JUDGE PRESIDING