IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSALINDA SALAZAR AND § <br> JESUS SILVA SALAZAR § <br> § <br> vs § <br> § <br> BASILIO GOMEZ SR., CITY OF § <br> BROWNSVILLE AND CARLOS ZAMORRANO § <br> ARNOLD GALVAN, OSCAR LARA, ADRIAN § <br> MASCORRO, AND REY LOPEZ INDIVIDUALLY § <br> AND IN THEIR OFFICIAL CAPACITY § <br> AS EMPLOYEES § <br> FOR CITY OF BROWNSVILLE § | C.A. NO. B01 105 |

## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE

Comes now ROSALINDA SALAZAR AND JESUS SILVA SALAZAR, Plaintiffs herein, and files this their Unopposed Motion To Continue and would show the following:

I

Plaintiffs move this Court to grant a continuance in this matter. Counsel for Plaintiffs, Albert Villegas, has encountered complications with a prior medical condition that require further tests to be conducted. Opposing counsel have been advised of this Motion and do not oppose such continuance.

II

It is reasonably expected that counsel, will file a Motion to Withdraw, upon the Plaintiffs securing other counsel and or Mr. Pena agreeing to act as lead counsel. Due to the untimely death of Judge Filemon Vela, the brother in law of Ruben Pena, there has not been any communication in regards to this matter, which arose the 13th of April, 2004. .

Wherefore Plaintiffs pray that the Court grant this Unopposed Motion for Continuance and reset this trial to a later date.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY IN CHARGE FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 19th day of April, 2004 via regular mail and fax.

_____
ALBERT VILLEGAS

CERTIFICATE OF CONFERENCE

I hereby certify on the 19th day of April, 2004, that I conferred with Richard Espy, counsel for Defendant Gomez who advised me that he had no opposition to the Court granting this Motion.

_____
ALBERT VILLEGAS

# VILLEGAS LAW FIRM

ATTORNEYS AT LAW

1324 EAST SEVENTH STREET • BROWNSVILLE, TEXAS 78520 • TELEPHONE 956/544-3352 • FAX 956/544-7828

April 19, 2004

Hon. Judge Tagle
United States District Judge
United States Courthouse
Brownsville Texas 78520

RE: Jesus Silva and Rosalinda Silva v. Basilio Gomez Sr.
    Cause NO. B 01 105

Hon. Judge Tagle:

I enclose Plaintiffs' Unopposed Motion to Continue and Proposed Order.

By copy of same opposing counsel is being advised of this file.

Very truly yours

Albert Villegas

enc.
CC:
R Espey
Davis Cedillo & Mendoza
785 E Mulberry Ave.
San Antonio Texas
fax 210 822 1151