

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Rosalinda Salazar and** § | |
| **Jesus Silva Salazar,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. B-01-105 |
| § | |
| **Basilo Gomez, Sr.,** § | |
| **et al.** § | |
| § | |
| Defendants. § | |

### ORDER

BE IT REMEMBERED that on April 22, 2004, the Court **ORDERED** a status conference for this afternoon, April 22, 2004, at 4:30 p.m.

DONE at Brownsville, Texas, this 22nd day of April 2004.

Hilda G. Tagle
United States District Judge