

Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| **JUDGE** | Hilda G. Tagle | | | |
| **CASE MANAGER** | Stella Cavazos | | | |
| **LAW CLERK** | ■ Nicolas  □ Levesque | | | |
| **DATE** | 04 | 22 | 04 | |
| **TIME** | | a.m. | | a.m. |
| | 4:30 | p.m. | 4:54 | p.m. |
| **CIVIL ACTION** | B | 01 | 105 | |
| **STYLE** | Rosalinda Salazar and Jesus Salazar *versus* Basilio Gomez, Sr. | | | |

United States District Court
Southern District of Texas
FILED

APR 2 2 2004

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■ Status Conference/motion hearing;       (Court Reporter: Bill Holloway)

Attorney(s) for Plaintiff(s):  Albert Villegas

Attorney(s) for Defendant(s):    Richard Espey (for Defendant Gomez)

1. The Court called the docket, and the parties announced ready to argue the motion for continuance [Dkt. No. 86].

2. Mr. Villegas announced his intention to withdraw for medical reasons once he has secured counsel for his client. Mr. Ruben Pena who has been co-counsel may take the case; otherwise, plaintiff will find other counsel.

3. The Court **GRANTED** the motion for continuance and **ORDERED** the case put on the Court's July trial docket. All other deadlines have passed and are not continued. Trial is subject to a ruling on the dispositive motion currently before the Court.

4. The jury summoned for April 27, 2004, is canceled.