IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rosalinda Salazar and<br>Jesus Silva Salazar, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. B-01-105 |
| Basilo Gomez, Sr., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on April 27, 2004, the Court having granted summary judgment on all causes of action against Defendant Gomez, enters final judgment pursuant to Federal Rule of Civil Procedure 58. The clerk of the court will close this file.

DONE at Brownsville, Texas, this the 27th day of April 2004.

_____
Hilda G. Tagle
United States District Court Judge